**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| VIRGINIA ELECTRIC AND POWER COMPANY, D/B/A DOMINION ENERGY VIRGINIA; OSW PROJECT LLC,<br>        Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT; DOUGLAS BURGUM, Secretary of the Interior, in his official capacity; MATTHEW GIACONA, Acting Director, Bureau of Ocean Energy Management, in his official capacity,<br><br>        Defendants. | Case No. 2:25-cv-00830 |

**UNOPPOSED PLAINTIFFS' MOTION FOR REMOTE APPEARANCE**

Plaintiffs Dominion Energy Virginia and OSW Project LLC (collectively, "DEV") respectfully submit this request to allow counsel for the parties to appear remotely—either by telephone or videoconference, at the Court's preference—during a hearing on DEV's motion for a Temporary Restraining Order. While no hearing date has been set yet, given the emergency nature of the motion for a temporary restraining order, DEV expects this hearing to be set for the week of December 22.

Good cause exists for this motion. Defendant Matthew Giacona issued a Director's Order on December 22, 2025, without any warning, suspending all ongoing lease activities relating to the fully permitted Coastal Virginia Offshore Wind Commercial Project ("CVOW").

DEV promptly filed a Motion for a temporary restraining order on December 23, 2025 ("TRO Motion"). DEV's officials and attorneys, including local counsel, were already on holiday travels when BOEM issued its CVOW Order. Their presently dispersed locations preclude them from timely appearing in person given the emergent circumstances.

Counsel's remote appearance at a hearing on the TRO Motion will promote efficiency, will not impede the hearing, and will not prejudice the Court or any party. Pursuant to Federal Rule of Civil Procedure 65(b)(1) and Eastern District of Virginia Local Rule 7(E), I certify that counsel for DEV has conferred with counsel for Defendants on December 23, 2025, and Defendants do not oppose this motion for remote appearance by counsel for any party. In compliance with Local Rule 7(E), counsel for DEV will contact the Clerk's Office to request a return date. Therefore, the Court should grant this motion for remote appearance.

Dated: December 23, 2025                                    Respectfully submitted,

*/s/ Nessa Horewitch Coppinger*
NESSA COPPINGER, VA Bar No. 65566
JAMES M. AUSLANDER, *pro hac vice pending*
R. JUSTIN SMITH, *pro hac vice pending*
HILARY T. JACOBS, *pro hac vice pending*
JULIUS M. REDD*, pro hac vice pending*
Beveridge & Diamond, P.C.
1900 N Street, NW, Suite 100
Washington, D.C. 20036
Telephone: 202-789-6000
Fax: 202-789-6190
ncoppinger@bdlaw.com
jauslander@bdlaw.com
jsmith@bdlaw.com
hjacobs@bdlaw.com
jredd@bdlaw.com

*Counsel for Virginia Electric and Power Company, d/b/a Dominion Energy Virginia, and OSW Project LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that, promptly following filing, I will cause a true and correct copy of the foregoing Plaintiffs' Unopposed Motion for Remote Appearance to be served on the following counsel via electronic mail, which is reasonably calculated to provide actual notice, given the emergency nature of the requested relief and the fact that counsel has not yet appeared in this action.

| | |
|---|---|
| Marissa Piropato<br>*Marissa.Piropato@usdoj.gov*<br>Kristofor Swanson<br>*Kristofor.Swanson@usdoj.gov*<br>Mark Brown<br>*Mark.Brown@usdoj.gov*<br>Amanda Rudat<br>*Amanda.Rudat@usdoj.gov*<br>**Attorney General of the United States**<br>**U.S. Department of Justice**<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>Tel: (202) 514-2000 | United States Attorney's Office<br>Eastern District of Virginia –<br>Norfolk Division<br>101 West Main Street, Suite 8000<br>Norfolk, VA 23510-1671<br>Tel: (757) 441-6331<br>Email: usavae.usattys@usdoj.gov |

                */s/ Nessa Horewitch Coppinger*
                NESSA HOREWITCH COPPINGER,
                VA Bar No. 65566
                Beveridge & Diamond, P.C.
                1900 N Street, NW, Suite 100
                Washington, D.C. 20036
                Telephone: 202-789-6000
                Fax: 202-789-6190
                ncoppinger@bdlaw.com

                *Counsel for Virginia Electric and Power Company, d/b/a Dominion Energy Virginia, and OSW Project LLC*