# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| VIRGINIA ELECTRIC AND POWER COMPANY, D/B/A DOMINION ENERGY VIRGINIA; OSW PROJECT LLC,<br>      Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT; DOUGLAS BURGUM, Secretary of the Interior, in his official capacity; MATTHEW GIACONA, Acting Director, Bureau of Ocean Energy Management, in his official capacity,<br><br>      Defendants. | Civil Action No. 2:25-cv-00830 |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR REMOTE APPEARANCE

Having considered the unopposed motion for leave for counsel for any party to appear remotely for a hearing on Plantiffs' December 23, 2025 motion for a temporary restraining order, it is hereby ORDERED that the motion is GRANTED.

Dated this ___ day of December 2025.

                                                                                                            _____

                                                                                                      UNITED STATES DISTRICT JUDGE