# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | |
|---|---|
| VIRGINIA ELECTRIC AND POWER COMPANY D/B/A DOMINION ENERGY VIRGINIA, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>　　Defendants. | Case No. 2:25-cv-830 |

## ORDER

　　Plaintiff Virginia Electric and Power Company d/b/a Dominion Energy Virginia and OSW Project, LLC (collectively "Dominion") filed a motion for a temporary restraining order against the United States Department of the Interior, the Bureau of Ocean Energy Management, and the heads of both entities (collectively "the government"). ECF No. 11. The Court will hold a hearing on the motion at 2:00 p.m. on Monday, December 29, 2025, at the courthouse in Norfolk.

　　Dominion indicates that it provided notice of the motion to the government. ECF No. 11 at 1. Accordingly, the government is **ORDERED** to appear at the hearing.

Dominion is **DIRECTED** to provide the government with a copy of this Order today, December 24, 2025, and to file a notice informing the Court that it has complied with this direction.

**IT IS SO ORDERED.**

/s/ _____
Jamar K. Walker
United States District Judge

Norfolk, Virginia
December 24, 2025