# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| VIRGINIA ELECTRIC AND POWER COMPANY D/B/A DOMINION ENERGY VIRGINIA, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>   Defendants. | Case No. 2:25-cv-830 |

## **ORDER**

On December 23, 2025, Plaintiff Virginia Electric and Power Company d/b/a Dominion Energy Virginia and OSW Project, LLC (collectively "Dominion") filed a motion for a temporary restraining order against the United States Department of the Interior, the Bureau of Ocean Energy Management, and the heads of both entities (collectively "the government"), seeking to enjoin a December 22, 2025 order to stop work on Dominion's offshore wind project. ECF No. 11. The Court set a hearing on the motion. ECF No. 16.

On December 27, 2025, the government filed a brief in response to the motion and an affidavit in support of its position. ECF Nos. 19, 19-1. The government estimates that it can provide the Court with the classified information on which the stop-work order relies during the week of January 5, 2026. ECF No. 19 at 1–2. The

Court views that information as critical to evaluating the plaintiff's request pursuant to the factors outlined in *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7 (2008).

Accordingly, the hearing set for 2:00 p.m. on Monday, December 29, 2025, is **VACATED**.

Dominion's motion for a temporary restraining order is converted to a motion for a preliminary injunction.

On or before January 9, 2026, the government is **DIRECTED** to submit to the Court for *ex parte*, *in camera* review any and all classified information it contends informed the decision to issue the stop-work order.

Dominion shall submit a brief and evidence in support of the preliminary injunction motion on or before January 9, 2026. The government shall file a response on or before January 12, 2026. Dominion shall file a reply on or before January 14, 2026.

All filings shall be submitted by 5:00 p.m. on the day of the deadline.

A hearing on the motion for preliminary injunction is set for Friday, January 16, at 11:00 a.m. at the courthouse in Norfolk.

**IT IS SO ORDERED.**

/s/
Jamar K. Walker
United States District Judge

Norfolk, Virginia
December 28, 2025