# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

|  |  |
|---|---|
| VIRGINIA ELECTRIC AND POWER COMPANY, D/B/A DOMINION ENERGY VIRGINIA; OSW PROJECT LLC,<br>        Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT; DOUGLAS BURGUM, Secretary of the Interior, in his official capacity; MATTHEW GIACONA, Acting Director, Bureau of Ocean Energy Management, in his official capacity,<br><br>        Defendants. | Case No. 2:25-cv-00830 |

## PLAINTIFFS' MOTION FOR RECONSIDERATION OF DECEMBER 28, 2025 ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER

      Plaintiffs Dominion Energy Virginia and OSW Project LLC (collectively, "DEV") respectfully submit this request for the Court to reconsider its December 28, 2025 Order (ECF No. 22) that would defer any needed relief until at least January 16, 2026.  The accompanying Memorandum provides the reasons for this motion, and also serves as Plaintiffs' reply in support of their motion for a temporary restraining order (TRO) (ECF No. 11).  For those reasons, DEV respectfully moves that the Court either re-calendar its TRO hearing scheduled for December 29, 2025, or grant a TRO on the filed papers; accelerate the government's deadline to provide any classified information; and provide for sharing of that information with DEV officials or counsel with requisite clearances.

Dated: December 28, 2025					Respectfully submitted,

*/s/ Nessa Horewitch Coppinger*
NESSA COPPINGER, VA Bar No. 65566
JAMES M. AUSLANDER, *pro hac vice pending*
R. JUSTIN SMITH, *pro hac vice pending*
HILARY T. JACOBS, *pro hac vice pending*
JULIUS M. REDD*, pro hac vice pending*
Beveridge & Diamond, P.C.
1900 N Street, NW, Suite 100
Washington, D.C. 20036
Telephone: 202-789-6000
Fax: 202-789-6190
ncoppinger@bdlaw.com
jauslander@bdlaw.com
jsmith@bdlaw.com
hjacobs@bdlaw.com
jredd@bdlaw.com

*Counsel for Virginia Electric and Power Company, d/b/a Dominion Energy Virginia, and OSW Project LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on December 28, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/ Nessa Horewitch Coppinger*
> NESSA HOREWITCH COPPINGER,
> VA Bar No. 65566
> Beveridge & Diamond, P.C.
> 1900 N Street, NW, Suite 100
> Washington, D.C. 20036
> Telephone: 202-789-6000
> Fax: 202-789-6190
> ncoppinger@bdlaw.com
>
> *Counsel for Virginia Electric and Power Company, d/b/a Dominion Energy Virginia, and OSW Project LLC*