IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

VIRGINIA ELECTRIC AND POWER
COMPANY D/B/A DOMINION
ENERGY VIRGINIA, *et al.*,

   Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
THE INTERIOR, *et al.*,

   Defendants.

Case No. 2:25-cv-830

## ORDER

In light of evidence the government presented in opposition to Dominion's motion for a temporary restraining order, the Court converted Dominion's motion to one for a preliminary injunction, vacated the hearing on the original motion, and set a briefing schedule, including a deadline for the government to provide to the Court the classified information on which its stop-work order relies. ECF No. 22.

Without applying the standard for seeking reconsideration, Dominion asks the Court to revisit its decision to proceed to briefing on a preliminary injunction and to reinstate the previously scheduled hearing on the motion for a TRO. ECF Nos. 23 (motion), 24 (memorandum). That request is **DENIED**.

An opinion memorializing the Court's reasoning will follow this Order.

   **IT IS SO ORDERED.**

Norfolk, Virginia  
December 28, 2025

/s/ Jamar K. Walker  
United States District Judge