# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

VIRGINIA ELECTRIC AND POWER
COMPANY D/B/A DOMINION
ENERGY VIRGINIA, *et al.*,

   Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
THE INTERIOR, *et al.*,

   Defendants.

Case No. 2:25-cv-830

## ORDER

In its motion for reconsideration of the Court's order converting Dominion's motion for a temporary restraining order to a motion for preliminary injunction (ECF No. 22), Dominion implicitly requested that the government share the classified information underlying its decision to issue the stop-work order with Dominion personnel who have the necessary security clearance. ECF No. 24 at 3.

The government is **DIRECTED** to inform the Court on or before December 31, 2025, whether it intends to share the classified information with Dominion employees and/or counsel who have a secret security clearance.

**IT IS SO ORDERED.**

/s/ *Jamar K. Walker*

Norfolk, Virginia
December 28, 2025

Jamar K. Walker
United States District Judge