# Attachment A

**From:** Laura E Vaught (Services - 6) <Laura.E.Vaught@dominionenergy.com>
**Sent:** Tuesday, January 6, 2026 9:26:06 PM
**To:** Adam S Lee (Services - 6) <Adam.S.Lee@dominionenergy.com>
**Subject:** Fw: [EXTERNAL] Re: Summary document

Laura Vaught

Dominion Energy

202-579-1757

---

**From:** Danley, Christopher D <christopher.danley@sol.doi.gov>
**Sent:** Tuesday, January 6, 2026 5:50 PM
**To:** Laura E Vaught (Services - 6) <Laura.E.Vaught@dominionenergy.com>; Tyner, Jacob M <jacob_tyner@ios.doi.gov>; Giacona, Matthew N <Matthew.Giacona@boem.gov>
**Cc:** Bernstein, Ryan M. <RBernstein@mwcllc.com>
**Subject:** [EXTERNAL] RE: [EXTERNAL] Re: Summary document

**CAUTION! This message was NOT SENT from DOMINION ENERGY**

**Are you expecting this message to your DE email? Suspicious? Use PhishAlarm to report the message. Open a browser and type in the name of the trusted website instead of clicking on links. DO NOT click links or open attachments until you verify with the sender using a known-good phone number. Never provide your DE password.**

Laura, I appreciate you following up.  I have submitted the names to DOW and asked for a point of contact so that you could reach out to them directly.  I will send you that name when I receive it.

 DOW has informed me that they are awaiting the resolution of the litigation before they would consider sharing the classified information with CVOW.

Chris

**From:** Laura.E.Vaught@dominionenergy.com <Laura.E.Vaught@dominionenergy.com>
**Sent:** Monday, January 5, 2026 6:57 PM
**To:** Danley, Christopher D <christopher.danley@sol.doi.gov>; Tyner, Jacob M <jacob_tyner@ios.doi.gov>; Giacona, Matthew N <Matthew.Giacona@boem.gov>
**Cc:** Bernstein, Ryan M. <RBernstein@mwcllc.com>
**Subject:** [EXTERNAL] Re: Summary document

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Hi Chris - hope you had a good weekend. Just checking back in on this.

Thanks

Laura


Laura Vaught

Dominion Energy

202-579-1757

---

**From:** Danley, Christopher D <christopher.danley@sol.doi.gov>
**Sent:** Friday, January 2, 2026 2:57:56 PM
**To:** Laura E Vaught (Services - 6) <Laura.E.Vaught@dominionenergy.com>; Tyner, Jacob M <jacob_tyner@ios.doi.gov>; Giacona, Matthew N <Matthew.Giacona@boem.gov>
**Cc:** Bernstein, Ryan M. <RBernstein@mwcllc.com>
**Subject:** [EXTERNAL] RE: [EXTERNAL] Summary document

**CAUTION! This message was NOT SENT from DOMINION ENERGY**

**Are you expecting this message to your DE email? Suspicious? Use PhishAlarm to report the message. Open a browser and type in the name of the trusted website instead of clicking on links. DO NOT click links or open attachments until you verify with the sender using a known-good phone number. Never provide your DE password.**

Thanks Laura.  I hope to be in touch Monday afternoon with an update.

**From:** Laura.E.Vaught@dominionenergy.com <Laura.E.Vaught@dominionenergy.com>
**Sent:** Friday, January 2, 2026 2:55 PM
**To:** Danley, Christopher D <christopher.danley@sol.doi.gov>; Tyner, Jacob M <jacob_tyner@ios.doi.gov>; Giacona, Matthew N <Matthew.Giacona@boem.gov>
**Cc:** Bernstein, Ryan M. <RBernstein@mwcllc.com>
**Subject:** [EXTERNAL] Summary document

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

One more item to share (attached) that summarizes some of the "above and beyond" activities we undertake as we shared in the meeting earlier this week.  Thank you for sharing in reply to my last e-mail that you were sending the list of names to DOW.  We have also provided the names and related PII via DOJ, so that should help expedite in terms of information they require.  As you know, we are eager to review the information as soon as possible, or in advance of that an unclassified summary of the information if possible, so anything you all can do to expedite that review or provide updates on timeline given the stated urgency of the issue for that would be appreciated.

Thanks, Laura

**Laura E. Vaught**

Vice President, Federal Affairs

Dominion Energy

P: 202-579-1757

CONFIDENTIALITY NOTICE: This electronic message contains information which may be legally confidential and or privileged and does not in any case represent a firm ENERGY COMMODITY bid or offer relating thereto which binds the sender without an additional express written confirmation to that effect. The information is intended solely for the

individual or entity named above and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.

CONFIDENTIALITY NOTICE: This electronic message contains information which may be legally confidential and or privileged and does not in any case represent a firm ENERGY COMMODITY bid or offer relating thereto which binds the sender without an additional express written confirmation to that effect. The information is intended solely for the individual or entity named above and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.