IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| VIRGINIA ELECTRIC AND POWER COMPANY, D/B/A DOMINION ENERGY, VIRGINIA; OSW PROJECT LLC,<br>　　　　　Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT; DOUGLAS BURGUM, Secretary of the Interior, in his official capacity; MATTHEW GIACONA, Acting Director, Bureau of Ocean Energy Management, in his official capacity,<br><br>　　　　　Defendants. | Case No. 2:25-cv-00830-JKW-LRL |

## DECLARATION OF GRANT T. HOLLETT IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

I, Grant T. Hollett, certify and declare as follows:

**Declarant's Background, Experience, and Personal Knowledge**

1.　　　I am the Director of Offshore Wind for Virginia Electric and Power Company, d/b/a Dominion Energy Virginia (DEV).  For the past seven years, I have played a lead role in supporting DEV in the development and permitting of its Coastal Virginia Offshore Wind Commercial Project (CVOW).  I have day-to-day supervisory responsibility for the CVOW project's development and permitting teams.  As such, I am very familiar with the construction plans for CVOW, as well as the permitting of CVOW by the Bureau of Ocean

Energy Management (BOEM).  I am also familiar with how BOEM's December 22, 2025 stop-work order issued to DEV (Order) will affect CVOW.

2.     I make this declaration based on my personal knowledge and in support of DEV's and OSW Project LLC's Motion for a Preliminary Injunction.  I submitted an affidavit in support of DEV's and OSW Project LLC's Motion for a Temporary Restraining Order, filed December 23, 2025 (Hollett Affidavit), Dkt. 11-2, and this declaration follows up on that filing to provide more factual detail about the severe, significant, and irreparable adverse impacts the Order is causing CVOW.

**Background on Dominion Energy Virginia and OSW Project LLC**

3.     DEV, a wholly-owned subsidiary of Dominion Energy, Inc., is a regulated public utility that provides electricity to approximately 2.8 million residential, commercial, industrial, and governmental customers in Virginia and North Carolina.

4.     DEV is headquartered in Richmond, Virginia.  DEV and other Dominion Energy, Inc. subsidiaries are among the country's largest producers and distributors of energy.

5.     OSW Project LLC is a Virginia limited liability company and is jointly owned by DEV and by funds managed by Stonepeak Partners LP.  OSW Project LLC is the owner of CVOW and current leaseholder of the BOEM lease for CVOW.  DEV is the managing owner of OSW Project LLC, and is the operator of CVOW on OSW Project LLC's behalf.

**Overview of CVOW**

6.     When fully built out, CVOW will include 176 14.7-megawatt (MW) wind turbines capable of generating approximately 2.6-gigawatts (GW) of renewable energy at full buildout.  Current peak demand for electricity in DEV's system is 24.68 gigawatts, so

CVOW will supply over 10% of peak electricity demand.[1]  Ultimately, CVOW will be capable of supplying renewable energy to approximately 660,000 homes, by generating 9.5 million megawatt-hours (MWh) of energy per year.  This renewable energy production will result in 5 million tons of avoided carbon dioxide emissions annually, which is equivalent to taking 1 million cars off the road each year.

7.    DEV serves roughly 820 megawatts of all federal load.  CVOW will supply electricity to some of the nation's most critical national security, federal government, and military facilities located in DEV's service area, including  the Pentagon, the George Bush Center for Intelligence (CIA headquarters), Naval Station Norfolk (the largest naval base in the world and headquarters and home port of the U.S. Navy's Fleet Forces Command), Naval Air Station Oceana, Joint Base Langley-Eustis, Naval Weapons Station Yorktown, Fort Belvoir, Naval Support Facility Dahlgren, Camp Peary, Harvey Point Defense Testing Activity, the National Reconnaissance Office, and Newport News Shipbuilding (a private facility that provides vessels to the Department of Defense[2] (DoD) and other agencies).

8.    The federal government has declared a national energy emergency and prioritized domestic energy production.  Executive Orders 14154, 14156.  CVOW is critical to national energy security objectives and to Virginia's and DEV's ability to meet unprecedented electricity demand growth within the DEV territory.  According to PJM Interconnection LLC (PJM), the regional grid operator that manages electricity transmission in the mid-Atlantic

---

[1] https://www.dominionenergy.com/virginia/updates/powering-virginia.
[2] On September 5, 2025, the president signed Executive Order 14347, entitled *Restoring the United States Department of War*, which states that "[t]he Department of Defense and the Office of the Secretary of Defense may be referred to as the Department of War and the Office of the Secretary of War, respectively, in the contexts described in" that order.  Given that this executive order sets forth additional "secondary" names for the Department of Defense and Secretary of Defense and many of the events described in this declaration pre-date this order, references to the Department of Defense and Secretary of Defense herein include the Department of War and Secretary of War, respectively.

region, there is a projected approximately 6.3% average annual summer-peak load growth and approximately 5.5% average annual energy growth over the next decade in the Dominion (or DOM) Zone within PJM's region (the DOM Zone is managed by DEV). This surge in demand is driven primarily by the world's largest concentration of data centers, with additional growth from electrification and Virginia's growing population and economy, translating into approximately 1.8 GW of new capacity per year on average. CVOW is the fastest and most economical way to deliver nearly 3 GW of sorely needed energy to Virginia's grid. Without CVOW, DEV would be forced to purchase generated power on the open market at a much higher cost to customers to meet this demand.

9.     In 2013, DEV was awarded a wind energy lease for a 112,799-acre area located 27 miles off the coast of Virginia Beach after completing a competitive BOEM bidding process.[3] Figure No. 1 below depicts the location of the BOEM lease area where CVOW is located (as well as the location of two existing pilot wind turbine generators DEV installed previously, which have been operational for years without issue and remain so, providing renewable energy to DEV's customers).



**Figure No. 1**

---

[3] In 2024, BOEM approved DEV's assignment of the lease to OSW Project LLC.

10.    The project involves a total estimated investment of $11.2 billion, and it has created approximately 2,000 direct and indirect American jobs and generated approximately $2 billion in U.S. economic activity.

11.    CVOW is also stimulating the local economy around Hampton Roads, Virginia, driving the creation of a local offshore wind supply chain and support facilities.  For example, to serve the offshore wind industry, including CVOW, the Port of Virginia has redeveloped a 72-acre portion of its facilities at the Portsmouth Marine Terminal to serve as a staging area and port for the construction of offshore wind projects. The project has generated extensive demand for services from U.S.-flagged vessels.  Further in Norfolk, a private developer is developing a 111-acre site at Lambert's Point (across the Elizabeth River from the Portsmouth Marine Terminal) as a multipurpose marine terminal known as Fairwinds Landing, which is slated to be an intermodal maritime industry facility.  Among other things, Fairwinds Landing will include the Fairwinds Landing Monitoring and Coordination Center, an offshore wind energy command center that CVOW will use as its operations and maintenance headquarters. This activity has residual economic benefits to restaurants, grocery stores, the hospitality industry, and many other small businesses.  As such, CVOW likely has resulted in hundreds of jobs (if not more) in the Hampton Roads area.

**CVOW's Offshore and Onshore Construction Status**

12.    Construction began in November 2023.  At the time of the stop-work order, CVOW was approximately 70% complete and was scheduled to begin delivering much needed electricity to the grid in the first quarter of 2026. Under the existing construction schedule, CVOW would be completed and fully in-service by the end of 2026.  Maintaining the Order

5

guarantees this timeline will not be met and worse, may result in delaying project completion for months or even years.

13.     As further described in the Hollett Affidavit, Dkt. 13-1, CVOW, like other offshore wind projects, will include specially engineered offshore and onshore infrastructure to transmit energy generated offshore for the public's use onshore as electricity.  Energy generated from each wind turbine generator will be bundled together at offshore substations, where it will be transformed to higher voltage electricity and transported to shore by offshore export cables. Figure No. 2 provides an overview of CVOW's onshore and offshore components:



**Figure No. 2**

14.     For a project of this magnitude, CVOW needs sophisticated offshore infrastructure with the components comprised of wind turbine generators, foundations (including monopiles and transition pieces), inter-array cables, offshore substations, and offshore export cables.  The wind turbine generators are designed with three blades and a horizontal rotor axis that are connected to the generator and affixed to foundation units.  The foundation units consist of two parts: (1) a lower foundation pile, referred to as a monopile or pile, that is driven into the seabed; and (2) an upper transition piece installed on top of the monopile.  The inter-array cables will carry the electrical current the wind turbine generators

produce to offshore substations. The inter-array cable system will be comprised of a series of cable "strings" that connect a group of turbines to an offshore substation.

15.    The offshore substations are platforms built with electrical components that collect and gather the generated energy brought to the substation via the inter-array cable system, and then transform that collected energy to higher voltage electricity for transmission onshore through the offshore export cables. CVOW will have three offshore substations to support the 176 wind turbine generators. Offshore export cables will transmit the electricity from the offshore substations to the cable landing location onshore.

16.    As detailed below, specialized transportation and installation vessels, such as heavy-lift vessels, cable-lay vessels, and rock-lay vessels, are required to perform critical offshore construction activities. Only a handful of such vessels exist worldwide, they are chartered for a defined period before decamping for the vessel's next project and must be booked years in advance. When the stop-work Order was issued on December 22, there were nearly 40 vessels (and 651 offshore personnel) working on CVOW's construction. Exhibit A lists the vessels' name, type, and scope of tasks the vessels were scheduled to perform.

17.    One of these specialized vessels, the *Charybdis* (pictured in Figure 3 below), was commissioned by a Dominion Energy, Inc. subsidiary and is the first U.S.-flagged specialized vessel for wind turbine installation. It was constructed with domestic steel at a shipyard in Brownsville, Texas. At the time of the Order, the *Charybdis* was on location at the CVOW lease area fully loaded with four nacelles, four towers and 12 blades, on the cusp of installing CVOW's first wind turbine. Following the Order, the Charybdis was forced to return to port while still fully loaded.



**Figure No. 3**

18.     Onshore components needed to support CVOW include a combination of new infrastructure and expanded existing infrastructure.  In addition to the cable landing location, additional onshore components include onshore export cables, a switching station, interconnection cables, and an upgraded existing substation to interconnect the electricity generated offshore to the electrical grid.  Figure No. 4 below depicts the location and route of the onshore components from the cable landing location on the State Military Reservation, to the Harpers Switching Station on Naval Air Station Oceana, and then to DEV's existing Fentress Substation:



**Figure No. 4**

      19.    The location, construction, and operation of all of CVOW's electric facilities in Virginia were reviewed and approved by the State Corporation Commission of Virginia (VA SCC) in 2022, following a comprehensive, months-long, public process. DEV files quarterly reports with the VA SCC that include construction timing updates, which are available to the public. DEV's most recent quarterly VA SCC submission on October 31, 2025, provides an overview of CVOW's current construction schedule as set forth below in Figure No. 5. DEV publishes frequent CVOW-related updates on the publicly available website dedicated to the project (https://coastalvawind.com/), including updates on the construction schedule.



**Figure No. 5**

## <u>Scope of Remaining CVOW Construction Work the Order Immediately Stopped</u>

20.    CVOW, which was only a few months away from delivering electricity to the grid when the Order halted construction activities, must be constructed in successive, interdependent steps.  The offshore construction steps include seafloor preparation activities, offshore cable installation, monopile foundation installation, scour protection installation, offshore substation installation, array cable installation, wind turbine generator installation, and commissioning.  These steps must occur in parallel with corresponding onshore activities. Delays in one step could create significant downstream impacts, causing delays in other steps by months or years, and potentially causing significant impacts to the project based on added cost or unavailability of critical, yet scarce, project resources, such as specialized installation vessels.

21.    While installation of monopiles for all 176 wind turbines and two of the three offshore substations was completed by October 2025, the following non-exhaustive list of critical offshore construction activities remained when the Order was issued:

- Transition pieces: One hundred nine (109) transition pieces were installed on monopiles when the Order was issued but installation of the remaining 67 transition pieces must be completed.

- Wind turbine generators: Although fabrication of 113 full wind turbine towers, 121 nacelles, and 141 blades were complete, none have been installed on transition pieces on top of monopiles.

- Offshore substation: Installation of the third and final offshore substation has yet to begin, but the foundation jacket and topside for this last substation are enroute to the staging area to prepare for installation and are expected to arrive on January 12, 2026.  As explained below, the inability to install the foundation jacket and topside as scheduled creates compounding complications that threaten the project's ability to provide power.

- Inter-array cables: CVOW requires the installation of 176 inter-array cable segments totaling approximately 231 miles.  At the time of the Order, only 49 segments (approximately 67 miles) were installed, leaving 127 segments (approximately 164 miles) still to be installed.

- Offshore export cables: CVOW requires the installation of approximately 339 miles of offshore export cables.  At the time of the Order, approximately 286 miles had been installed, leaving approximately 53 miles to complete.  In addition, portions of the installed cables require further burial work to achieve the required burial depths.  Each export cable comprises two segments – a shallow-water segment and a deep-water segment – connected by omega joints.  At the time of the Order, all nine deep-water segments, four shallow-water segments,

and four omega joints had been installed, leaving five shallow-water segments and five omega joints to complete.

- Scour protection: Scour protection for monopiles includes the installation of a base filter rock layer, followed by a layer of larger armor rock. Filter rock has been installed at 134 locations with 42 locations remaining. Armor rock has been installed at 107 locations with installation at 69 locations still remaining.

- Cable protection: The offshore export cables cross three existing subsea telecommunications cables at a total of 27 crossings. At each crossing, the export cables are laid on the seabed and protected with concrete mattresses. These crossings require the installation of 800 total mattresses. At the time of the Order, 743 of the 800 mattresses had been installed, leaving 57 to be completed. Additionally, the project requires the installation of rock bags and rock finger berms to protect and stabilize unburied export and inter-array cables at the monopile and substations. At the time of the Order, only 439 of 1,480 rock bags and none of the 316 rock finger berms had been installed, leaving 1,041 and 316 to complete, respectively.

- Commissiong: Commissioning, including hook up and energization, of the offshore power generation system and reliability testing must be completed to ensure power delivery. This cannot occur until the offshore substation is installed.

**The Order is Causing DEV Significant, Irreparable, and Immediate Harm**

22. DEV is already suffering significant and irreparable harm from the construction halt, which will compound and exacerbate if the Order is not enjoined. CVOW construction,

which is a 365-day-a-year operation, including holidays, depends on a tightly sequenced set of critical-path activities that must be executed within narrow weather and sea-state windows. The Order has derailed that integrated sequence and forced demobilization of scarcely available specialized heavy-lift and cable-lay vessels, guaranteeing that multiple, interdependent activity windows will be missed during the stop-work order's 90-day initial duration. This is compounded by the fact that DEV's access to several of the key specialized vessels is scheduled to end beginning in March 2026, essentially precluding DEV from using such vessels during the remainder of the time they are under contract. Because these specialized vessels are commissioned for consecutive projects, often for years to come, DEV's inability to complete the contracted offshore construction activities could delay construction for years because of the mandatory sequential construction process, thereby threatening CVOW's viability.

23.    For example, DEV has contracted with DEME, a worldwide leader of marine infrastructure and offshore energy development, for the use of its offshore heavy-lift installation vessel, the *Orion*, pictured below in Figure No. 6. The only outstanding scope of work under the *Orion* contract is the installation of the remaining transition pieces on top of monopiles and the installation of the foundation jacket and the topside for the third offshore substation. DEV's access to the *Orion* for CVOW terminates on March 26, 2026, when it is scheduled to depart the CVOW lease area, and I understand it is under contract for another project immediately thereafter. I am not aware of any other heavy-lift installation vessel DEV could charter if it cannot install the remaining transition pieces or install the foundation jacket and topside for the final offshore substation before the *Orion* departs the lease area on March 26.



**Figure No. 6**

24.    The inability of the *Orion* to complete this installation work under DEV's
existing contract – which is set to expire in close proximity to end of the Order's initial 90-day
moratorium – prohibits successive offshore construction activities.  Once the *Orion* installs the
transition pieces on the monopiles, the wind turbine installation vessel, the *Charybdis*, can
install the wind turbines.  But this cannot happen unless and until the transition pieces are
installed on the monopiles.

25.    There are additional cascading harms as well.  Installation of the offshore
substation is now in jeopardy of not occurring as scheduled, and if the Order remains in effect,
may not occur for years due to the unavailability of necessary installation vessels.  The
foundation jacket and topside are currently being transported to CVOW's staging area on the
*CY Interocean I*, a heavy-transport vessel, to be prepared for installation.  It is scheduled to
arrive on January 12, 2026.  Upon arrival, DEV had planned to immediately install the

foundation jacket directly from the *CY Interocean I* as soon as weather conditions permit. For the topside, DEV had planned to unload it onto a barge to be prepared for installation, which entails approximately two weeks of sea fastening and other preparatory work. The *Orion*, the heavy-lift installation vessel, is slated to support these installation activities. With the Order in place, however, these installation activities cannot occur. I am unaware of any other heavy-lift vessels that would be available to support these installation activities after the *Orion* departs.

26.     Further, storage of the offshore substation's topside, which weighs approximately 4,600 tons, and the foundation jacket, which weighs approximately 2,600 tons, is infeasible, especially during a protracted work stoppage. DEV intended to immediately install the foundation jacket directly from the transport vessel, so contingency storage plans were not developed. In any event, I am also not aware of any suitable facility capable of storing such massive infrastructure during the Order's initial 90-day duration (which could be extended under the Order).

27.     Moreover, the *HOS Riverbend*, a service operation vessel, is scheduled to depart the CVOW lease area in April 2026 for another commitment. Service operation vessels play a pivotal role in transporting personnel and necessary equipment to the offshore construction site, in addition to serving as living quarters for staff. DEV intends to rely on the *HOS Riverbend* to perform critical offshore substation commissioning functions. The availability of service operation vessels, especially in the spring and summer months, is limited due to intense demand from Gulf coast offshore operations. The *HOS Riverbend* is a key vessel for CVOW construction and maintaining the Order deprives the project of this vessel's services because the offshore substation installation would not occur before the vessel is scheduled to leave the lease area for other commitments. *See*, Exhibit A.

28. The harms the Order is causing do not stop there. As of today, the Order has already cost DEV more than $90 million. DEV conservatively estimates that the Order is costing more than $5 million per day, meaning the losses DEV will incur will balloon to more than $125 million by the time of the hearing, and to more than **$450 million** should the Order remain in effect for the initial 90 days.

29. Additionally, DEV is incurring substantial storage, preservation, and maintenance costs for major components that cannot be installed as scheduled, including transition pieces, towers, nacelles, blades, inter-array cable reels, and substation equipment. DEV uses the Portsmouth Marine Terminal as a storage and staging area for equipment before it is transported by vessel to the CVOW lease area. DEV is rapidly running out of storage space and alternative storage accommodations are difficult to secure given component size, logistics, and accessibility restrictions. Notably, extended storage can trigger warranties beginning to run and require additional inspections or recommissioning procedures. DEV also would have to reschedule marine spreads and crews, re-sequence work packages, and amend permits and method statements at additional costs, while paying demobilization (and later remobilization) premiums for specialized vessels and craneage.

30. Furthermore, DEV is incurring substantial idle work force costs, contractual penalties and standby charges, and other remobilization and administrative costs required to re-sequence the remaining work as a result of the Order.

31. At the time of the Order, DEV had expended approximately $8.9 billion on CVOW related costs as of December 22, 2025, and remaining expenditures were expected to be approximately $2.3 billion. Further delays in the remaining installation and commissioning windows will keep project costs elevated for years and impose corresponding burdens on DEV

and its customers by, at a minimum, (i) extending the construction schedule and carrying costs, (ii) increasing vendor escalation, remobilization, and standby charges, and (iii) deferring the start of energy delivery to the grid—without any offsetting energy benefits during the suspension period.

32.     DEV's customers bear a substantial portion of the prudently incurred costs for CVOW.  Delays caused by the Order likely will cause substantial financial and non-financial impacts to DEV's customers, and in turn, the greater public, including requiring DEV to procure generated power at substantially higher costs to meet growing demand.  None of this is in the public interest.

**DEV's National Security Stakeholder Engagement and Measures to Advance National Security**

33.     As detailed in the Declaration of Adam Lee in support of the preliminary injunction, DEV for many years extensively, proactively, and continuously coordinated with national security stakeholders in the DoD, U.S. Navy, the U.S. Coast Guard (Coast Guard or USCG), National Oceanic and Atmospheric Administration, and other agencies to address and mitigate any radar interference, operational impacts, construction protocols, and national security concerns.  DEV has also coordinated with the Coast Guard and other agencies to address lighting, marking and signaling requirements and adjusted turbine layouts and corridors to preserve shipping lanes and fishing activity.

34.     DEV's engagement with DoD has occurred through formal and established processes, including via the DoD Military Aviation and Installation Assurance Siting Clearinghouse (Clearinghouse) pursuant to 10 U.S.C. § 183a.  These engagements have resulted in DEV providing funds for North American Aerospace Defense Command's (NORAD) radar upgrades, curtailment protocols for U.S. Navy radar testing, communication plans with military

commands, risk assessments for foreign investment, and collaboration on air and maritime operations, all designed to enhance national security and ensure compliance with federal regulations and stakeholder requirements while managing environmental and safety challenges.

35.     Separate and apart from any potential CVOW impacts, CVOW also provides enhancements to national defense programs.  *See generally* COP Conditions of Approval Sections 3 and 4.  In particular, DEV has engaged in extensive coordination with the U.S. Navy, Center for Naval Analysis (CNA), and Sandia National Laboratories (SNL) to evaluate general (not CVOW-specific) issues of potential radar interference in offshore wind farms. The coordination includes the national security stakeholders using the CVOW lease area for testing planned for early this year that is aimed at enhancing understanding and reducing turbine interference, thereby improving both DoD and Coast Guard operational capabilities (e.g., target identification and tracking) near offshore wind farms worldwide.[4]  The CNA is a federally funded research and development center serving the U.S. Navy that develops actionable solutions to complex national challenges that support naval operations and fleet readiness.  SNL is also a federally funded research and development center, which operates under contract with the Department of Energy.  SNL's primary mission is to employ science and engineering to detect, deter, defeat, or mitigate threats to national security.

36.     On October 28, 2025, DEV met with the CNA and the Clearinghouse and discussed plans for in-field testing of radar interference to improve DoD operations near wind farms globally.  The CNA and the Clearinghouse indicated CVOW's proximity to Naval Station Norfolk and the U.S. Navy's Fleet Forces Command was advantageous to conducting

---

[4] Numerous countries, particularly in Europe and Asia, possess offshore wind farms.  Even if the U.S. did not have any wind farms at all, these capacity-building activities would still advance the U.S.'s national security interests by enhancing these operational capabilities.

tests and furthering DoD's wartime fighting capabilities.  These discussions continue with DEV providing additional information on the timing of turbine operations (e.g., number and locations) as recently as December 8, 2025.  The Navy is preparing a proposal for DEV's review, enabling tests to commence once sufficient turbines are operational and activities can be conducted safely.  Never did these longtime or recent discussions indicate that CVOW was incompatible with national security or that an agency order halting CVOW activities was forthcoming.

37.     Further, as detailed in the attached notes and log of national security items describing extensive and productive engagement with DoD, Navy, and other national security stakeholders, Exhibit B, additional examples of agreements and collaboration include:

- DEV has coordinated closely with the Coast Guard to address aviation and maritime safety and operational readiness.  This coordination includes agreements with USCG Air Station Elizabeth City to conduct helicopter hoist training using CVOW assets, ensuring rescue proficiency for offshore operations.  DEV is also working to finalize an agreement with USCG Sector Virginia to enhance communication capabilities and maritime domain awareness in and around the CVOW lease area.  This collaboration has already supported real-world operations, including a successful life-saving rescue in which DEV facilitated communications between Sector Virginia's command center and a distressed vessel beyond standard radio range.

- DEV has established communication and deconfliction protocols with U.S. Fleet Forces Command and the Naval Air Warfare Center Aviation Division to coordinate construction and maintenance activities with Navy operations.

- DEV coordinated with DoD on DoD's assessment of foreign investment and material vendors, confirming no objection.

- DEV is contributing $250,000 to NORAD for radar tuning and software upgrades to mitigate potential interference with the Oceana Virginia ARSR-4 long-range coastal air surveillance radar.

- DEV collaborated with PJM Interconnection and the Navy to minimize impacts on Naval Air Station Patuxent River's Advanced Dynamic Aircraft Measurement System during atmospheric ducting events while maintaining grid reliability.

- DEV has coordinated with NOAA to analyze potential impacts of CVOW on NOAA radar systems, including the National Weather Service radar in Wakefield, Virginia. That analysis concluded that CVOW would have no adverse effects, and DEV developed mitigation plans for potential interference with NOAA's ocean current and wave monitoring radar systems.

- DEV and contractors discovered potentially live explosives during subsea operations; prompt coordination with U.S. Navy Explosive Ordnance Disposal and Coast Guard ensured safe removal, demonstrating effective public-private collaboration in military training zones.

- DEV has entered into agreements to strengthen Oceana Naval Air Station by modernizing its aging electrical infrastructure. Through in-kind agreements, Dominion is funding redundant circuits, upgraded substations, and replacing outdated 4.16kV systems with more reliable 34.5kV circuits. The replacement of "Circuit J," identified by the Navy as critical for radar reliability, will add redundancy and enhance the base's operational resiliency.

38.     Additionally, throughout construction, DEV has participated in routine (generally bi-weekly) interagency coordination meetings with BOEM, the Bureau of Safety and Environmental Enforcement (BSEE), and the U.S. Army Corps of Engineers to discuss construction updates, plans, reports, mitigation agreements, and other matters relating to CVOW, excluding meetings that were not held during the U.S. Federal Government's shutdown from October 1, 2025 to November 12, 2025.  These meetings have occurred since 2021 and, when appropriate, have included discussion of mitigating potential national security considerations.  DoD personnel attended these meetings as needed.  For example, on November 20, 2025, DEV met with representatives from multiple DoD commands and offices, including the Assistant Secretary of the Navy for Energy, Installations and Environment; the Office of the Chief of Naval Operations; U.S. Fleet Forces Command (Encroachment Management); Navy Region Mid-Atlantic; Naval Station Norfolk (Air Operations); the Naval Air Warfare Center Aircraft Division (Sustainability Office); and the Fleet Area Control and Surveillance Facility Virginia Capes Airspace Manager.  During this meeting, no DoD participant identified any new intelligence regarding emerging adversary capabilities or any previously unconsidered risk to military assets or operations.

39.     The most recent of these bi-weekly meetings before the Order was issued occurred on December 2 and December 16, 2025.  Agency representatives from BOEM, BSEE and DoD attended the December 2 meeting, and representatives from BOEM and BSEE attended the December 16 meeting.  During these meetings, radar tuning and software upgrades to mitigate potential interference with the Oceana Virginia ARSR-4 long-range coastal air surveillance radar were discussed.  During these meetings, neither BOEM, BSEE, nor any DoD

attendee cited any new intelligence about emerging adversary capabilities or any previously unconsidered risk to military radar systems from offshore wind turbines or CVOW specifically.

40.     Although the Order purports to rely on "classified" information BOEM received from DoD, certain DEV officials have security clearances to receive and review classified information.  No one at DEV was ever afforded such an opportunity prior to issuance of the Order.  I am also aware of a Department of the Interior press release issued the same day as the Order.  *See* https://www.doi.gov/pressreleases/trump-administration-protects-us-national-security-pausing-offshore-wind-leases.  It focuses on "radar interference" or "clutter" and concedes such concerns are *not* new, contrary to the Order.  It also cites a 2024 U.S. Department of Energy report (at ii) to claim that increased radar detection thresholds could "miss actual targets."  But that cherrypicked partial quote omits that the same report found a few sentences later that "the development and use of radar interference mitigation techniques, and collaboration both among federal agencies and between the federal government and the wind industry have enabled federal radar agencies to continue to perform their missions without significant impacts, and have also enabled significant wind energy deployments throughout the United States which produced more than 9% of the United States' electricity in 2021."  *Id.*

**Proceeding with CVOW Construction as Scheduled Is in the Public Interest**

41.     For years, Virginia's public policy has encouraged the development of offshore wind energy.  Any project delays would undermine this clear public policy goal.

42.     Virginia enacted the Virginia Clean Economy Act (VCEA) in 2020 on a bipartisan basis.  That legislation mandates that DEV develop or contract for the production of at least 2,500 MW of offshore wind energy by 2028 in support of Virginia's plan to transition its electric grid to 100% non-carbon producing energy by 2045.  That law explicitly states that

construction of wind facilities offshore of Virginia is in the public interest.  Va. Code § 56-585.1:11 C.1.  Under the VCEA, DEV, and in turn its customers, could be forced to make deficiency payments or purchase a substantial amount of renewable energy credits in each year CVOW is delayed, as the project is key in meeting that law's renewable portfolio standards.  *Id*. § 56-585.5 C.  Delaying DEV's ability to comply with the VCEA is directly contrary to— and not in—the public interest.

43.    Moreover, as part of the VCEA's determination that offshore wind generation is in the public interest, the law focuses on the economic development benefits of offshore wind projects for Virginia, including job creation.  Va. Code § 56-585.1:11 C.1.c.

44.    The VA SCC, in Case No. PUR-2021-00142, concluded that CVOW meets all of Virginia's statutory requirements for cost recovery from customers and for issuance of a Certificate of Public Convenience and Necessity for all CVOW's facilities in Virginia.  These determinations required the VA SCC's specialized consideration of whether the project furthers the public interest, as well as the project's economic and environmental impacts, including the economic development and job creation plan requirements.  In approving the project, the VA SCC not only determined that the project would meet the VCEA's requirements, but also expressly found that it is in the public interest.

45.    Delaying the on-time construction of CVOW would significantly and negatively impact jobs.  Each year during construction, CVOW will support the creation of approximately 900 direct and indirect Virginia jobs, generating over $143 million in economic output, nearly $57 million in pay and benefits, almost $2 million in revenues for local governments in the project area, and approximately $3 million in Virginia state tax revenues.  Significant portions of the workforce are collectively bargained labor jobs.  Maintaining the Order would halt work

performed by some or all of these workers, likely resulting in lost wages and potentially loss of jobs.

46.    DEV currently estimates that the CVOW project has required over 4.78 million person-hours of worker time, and that an additional 2 million person-hours will be required to complete the CVOW project.  Although DEV is not able to provide the exact number of hours worked by union employees, a large portion of the relevant workforce is unionized.  For example, the *Charybdis* vessel crew is 100% unionized.  DEV also has a project labor agreement with North American's Building Trades Unions (NABTU) for offshore work to maintain a minimum of 35% union workers for labor (this includes foreign vessels working on CVOW, as well as US vessels).  Additionally, DEV has committed that CVOW-related onshore transmission labor be 100% unionized, and employees of the service provider for the Virginia Port Authority are also unionized.  The Order prevents work from proceeding on a large portion of the remaining hours of work, because the Order directly prevents further offshore work and because certain onshore work that is dependent on offshore activities, including work at port facilities, is increasingly being impacted by the Order.

47.    Once operational, CVOW is expected to support up to 1,100 jobs continuously over the life of the project, annually generating almost $210 million in economic output, close to $83 million in pay and benefits, almost $6 million in revenues for local governments, and approximately $5 million in Virginia state tax revenues.  CVOW also is expected to generate $3 billion in customer fuel savings over its first ten years through avoided costs of fuel purchases.

48.    On the day BOEM issued the stop-work order to CVOW, U.S. Representative Jen Kiggans issued a statement that the Order "will negatively affect Hampton Roads, thousands of workers, and the amount of energy that can be produced.  It will also undermine

24

military readiness.  Naval Air Station Oceana is the U.S. Navy's East Coast master jet base and is in urgent need of a comprehensive power grid upgrade—a project connected to CVOW that has now been halted by Dominion Energy.  I will continue to fight to ensure Virginia's offshore wind project is completed, especially since ratepayers have already paid for it. Halting CVOW at this stage is disastrous for our energy security, our local economy, and our national security as it relates to military readiness."[5]

49.     Underscoring CVOW's bipartisan support, Senators Tim Kaine and Mark Warner and U.S. Representative Bobby Scott also issued a statement on December 22, 2025, stating that "[d]espite our senior roles on the Senate Intelligence and Armed Services Committees, the administration has failed to share any new information that supports this sudden and sweeping move to halt all offshore wind development, including a project off the coast of Virginia that is already almost complete and operational."  The statement continued that the administration's "reckless, haphazard approach puts billions of dollars in private investment at risk, threatens thousands of good-paying American jobs coming to a veteran-heavy area, undermines energy security, and damages the credibility of the United States government."  It explains that CVOW has "undergone years of rigorous review and represents a critical step toward strengthening our energy independence, lowering energy costs for American families, growing our clean energy economy, and positioning the Commonwealth as a global leader in this industry."[6]

---

[5] https://kiggans.house.gov/posts/rep-kiggans-statement-on-90-day-suspension-of-coastal-virginia-offshore-wind-project.
[6] https://www.kaine.senate.gov/press-releases/warner-kaine-scott-slam-trump-administrations-sudden-halt-of-virginia-offshore-wind-project.

50.     Finally, as discussed above, CVOW stands to contribute tangible net *benefits* to national security, far outweighing the unnamed, unsubstantiated, and non-CVOW-specific "national security threats" that the Order invokes to suddenly stop CVOW lease activities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, 28 U.S.C. § 1746.

Dated: January 9, 2026

_____
Grant T. Hollett

# Exhibit A



# Dominion Energy – Coastal Virginia Offshore Wind (CVOW)

## Vessels Supporting CVOW Construction

*This document lists the offshore construction and support vessels Dominion Energy had in operation to assist with completion of the Coastal Virginia Offshore Wind (CVOW) project when BOEM issued the Dec. 22, 2025 stop-work order. Use of asterisk (*) indicates that a particular vessel is a key vessel needed for completion of CVOW.*

| Vessel Name | Vessel Type | Scope of Work |
|---|---|---|
| Charybdis* | Wind Turbine Installation Vessel | Installation of wind turbines.<br>The Charybdis is the first U.S. flagged specialized vessel for wind turbine installation.  Would not be replaceable by another vessel if chartered to a different project. |
| CY Interocean I* | Heavy Transport Vessel | Transportation of foundation jacket and topside for offshore substation.<br>Jacket and topside are onboard vessel being transported to Portsmouth Marine Terminal for installation; arrives Jan. 12, 2026.  Extended stoppage causes storage complications. |
| ELSI* | Heavy Transport Vessel | Transportation of nacelles, blades, and tower sections.<br>*Vessel contracted for specific project timeline.* |
| HOS Black Foot* | Service Operation Vessel | Provides accommodations and work support for crew, transports personnel and equipment.<br>*Availability past spring uncertain due to existing work commitments in the Gulf.* Limited supply of these types of vessels. |
| HOS Riverbend* | Service Operation Vessel | Provides accommodations and work support for crew, transports personnel and equipment. |



| Vessel Name | Vessel Type | Scope of Work |
|---|---|---|
| | | *Scheduled to leave project site by April.  May be unavailable thereafter due to existing work commitments in the Gulf.  Limited supply of these types of vessels.* |
| Livingstone* | Cable Lay Vessel | Installation of offshore export cable, inter-array cable, and omega joint installation, as well as cable burial.<br><br>*Scheduled to leave project site on October 2, 2026.  One of only a few vessels with its flexibility and capacity.* |
| MARIA* | Heavy Transport Vessel | Transportation of nacelles, blades, and tower sections.<br><br>*Vessel contracted for specific project timeline.* |
| Orion* | Heavy Lift Installation Vessel | Installation of transition pieces and foundation jacket and topside for offshore substation.<br><br>*Scheduled to leave project site on March 22, 2026.  One of the few heavy lift vessels in the world of its capability.* |
| ROTRA FUTURA* | Heavy Transport Vessel | Transportation of nacelles, blades, and tower sections.<br><br>*Vessel contracted for specific project timeline.* |
| ROTRA HORIZON* | Heavy Transport Vessel | Transportation of nacelles, blades, and tower sections.<br><br>*Vessel contracted for specific project timeline.* |
| ROTRA VENTE* | Heavy Transport Vessel | Transportation of nacelles, blades, and tower sections.<br><br>*Vessel contracted for specific project timeline.* |
| Yellowstone* | Rock Lay Vessel | Transports (from Canada) and installs scour protection rock around monopiles and jacket foundation; performs cable stabilization.<br><br>*Scheduled to leave the project site in mid-May.  Limited supply chain of this type of vessel.* |
| Alert | Tug/Feeder Operations | Vessel to feeder barge. |
| Annabelle Miller | Support Vessel | Near-shore cable support. |



| Vessel Name | Vessel Type | Scope of Work |
|---|---|---|
| Atlantic Endeavor | Crew Transport Vessel | Transportation of personnel from port to lease area working vessels and platforms. |
| Atlantic Endurance | Crew Transport Vessel | Transportation of personnel from port to lease area working vessels and platforms. |
| Capt. Les Eldridge | Support Vessel | Near-shore cable support. |
| Cornishman | Support Vessel | Near-shore cable support. |
| Gamekeeper | Crew Transport Vessel | Transportation of personnel from port to lease area working vessels and platforms. |
| Julie B | Barge | Feeder barge for transition pieces. |
| Kernow | Guard Vessel | Prevention of non-project vessels from transiting into construction work areas. |
| Mor Marlin | Support Vessel | Near-shore cable support. |
| Noreen Marie | Guard Vessel | Prevention of non-project vessels from transiting into construction work areas. |
| Ocean Wave | Tug/Feeder Operations | Vessel to feeder barge. |
| Patriot Leader | Crew Transport Vessel | Transportation of personnel from port to lease area working vessels and platforms. |
| Pontos | Guard Vessel | Prevention of non-project vessels from transiting into construction work areas. |
| Storm Diver | Dive Vessel | Near-shore cable support. |
| Ulisse | Cable Lay Vessel | Shallow water cable lay. |
| Voe Earl | Anchor Handler | Near-shore cable work. |
| Voe Viking | Anchor Handler | Near-shore cable work. |
| Washington | Tug | Near-shore vessel support tug. |
| Windea Courageous | Crew Transport Vessel | Transportation of personnel from port to lease area working vessels and platforms. |



| Vessel Name | Vessel Type | Scope of Work |
|---|---|---|
| Windea Odyssey | Crew Transport Vessel | Transportation of personnel from port to lease area working vessels and platforms. |
| Windea Ranger | Crew Transport Vessel | Transportation of personnel from port to lease area working vessels and platforms. |
| Windea Reliance | Service Operation Vessel | Transportation of personnel from port to lease area working vessels and platforms. |
| Wyatt Candies | Crew Transport Vessel | Transportation of personnel from port to lease area working vessels and platforms. |
| 455 | Barge | Feeder barge for transition pieces. |

# Exhibit B



# Dominion Energy – Coastal Virginia Offshore Wind (CVOW)

## Internal Summary and Log of National Security Items

*This document summarizes and logs actions taken in relation to national security, the Department of Defense, and related items, in accordance with the Coastal Virginia Offshore Wind (CVOW) approved Construction and Operations Plan, and other relevant documents.*

## Oceana Virginia Air Route Surveillance Radar (ARSR-4) and Naval Air Station Oceana Airport Surveillance Radar (ARS-11)

**Bottom Line Up Front (BLUF):** To reduce turbine interference with the North American Aerospace Defense Command's (NORAD) Oceana Virginia Air Route Surveillance Radar (ARSR-4), Dominion Energy must pay $250,000 to NORAD for mitigation measures. On July 8, 2025, NORAD stated it is no longer seeking mitigation for the ARS-11.

**Background:**

Construction and Operations Plan (COP) Cond 4.2 requires Dominion Energy to enter into a mitigation agreement with the Department of Defense (DOD) and NORAD and to pay a cumulative $160,000 to NORAD to mitigate impacts to the ARSR-4 and ARS-11. On July 8, 2025, NORAD stated it no longer is seeking mitigation for the ARSR-11; however, the cost of mitigation for the ARS-4 would be $250,000.

<u>ARSR-4</u>. The Oceana Virginia ARSR-4 radar at Naval Air Station (NAS) Oceana is a vital part of U.S. air defense and air traffic control, providing data to the FAA, USAF, and USN, and supporting the Eastern Air Defense Sector (EADS) operations center through the Battle Control System-Fixed (BCS-F) command system. As a core element of NORAD, BCS-F aids in monitoring and defending North American airspace.

<u>ARS-11</u>. The ARS-11 radar system at Naval Air Station Oceana was established in 1980. The site has evolved from legacy systems to the modern ASR-11, a digital radar operating in the S-band with a range of up to 60 nautical miles. It provides precise aircraft tracking and identification through primary and secondary radar systems. Integrated into NORAD's Battle Control System and the FAA's network, ARS-11 supports airspace security and homeland defense along the Eastern Seaboard.

<u>Mitigation</u>. To limit impacts on NORAD's use of the ARSR-4, Dominion Energy must notify NORAD 30–60 days before completing the final turbine, allowing for Radar Adverse Impact Management (RAM) scheduling, and contribute $250,000 within 10 days of commissioning. RAM includes radar tuning, software upgrades, and advanced signal processing techniques—such as adaptive nulling and beam steering—to reduce interference from wind turbines and enhance radar performance.

**Timeline:**



- February 24, 2025: Emailed DOD/NORAD POC regarding need to enter into mitigation agreement prior to funding of the RAM.
- March 6, 2025: Dominion requested BOEM assistance in contacting NORAD POC and/or obtaining an agreement template. In response, BOEM engaged the DOD Clearinghouse.
- March 17, 2025: NORAD provided new POC for mitigation agreement.
- April 2, 2025: Dominion emailed NORAD POC requesting phone call to discuss mitigation agreement.
- June 18, 2025: Meeting scheduled with NORAD for July 8, 2025.
- July 8, 2025: Dominion met with DOD and NORAD and discussed required agreement to mitigate the impacts to NORAD air surveillance radar systems (ARSR-4/ASR-11). NORAD stated it no longer is seeking mitigation for the ARSR-11; however, the cost of mitigation for the ARS-4 is $250K, which is $90K more (56% increase) than amount specified in the COP Condition 4.2.3 ($160,000). Payment is required within 10 days of the commissioning of the last turbine. NORAD stated that a curtailment provision must be included in the agreement for national security purposes; however, a request would be made only in a security event of national significance.
- August 12, 2025: Dominion met with DOD and NORAD. No new or significant developments. DOD to provide draft mitigation agreement on or before next monthly meeting scheduled for September 16. DOD is seeking internal confirmation that Chambers Field in-kind-consideration does not need to be include as previously considered.
- September 16, 2025: Dominion met with DOD and NORAD and discussed status of agreement.
- December 2, 2025: Dominion met with DOD and NORAD. DOD continues efforts to finalize draft mitigation agreement to be signed by the Assistant Secretary of Defense for Energy, Installations, and Environment (ASD EI&E).
- December 14, 2025: DOD reported draft mitigation agreement had left the Dept of the Navy and was with the DOD Siting Clearinghouse for review.

## Department of the Navy Operations

**BLUF:** To mitigate potential impacts on the DON operations, Dominion Energy must enter into a mitigation agreement(s) with the DOD/DON for purposes of implementing: COP Conditions 4.3.1. Communication Protocols for Construction; 4.3.2. Communication Protocols for Operations and Maintenance; 4.3.3. NAS Patuxent River Advanced Dynamic Aircraft Measurement System; 4.3.4. Distributed Fiber-Optic Sensing Technology; and 4.3.5. Risk Assessment of Foreign Investment and Material Vendors.

**Details:**

If the Dominion Energy concludes that it will be unable to reach a mitigation agreement, Dominion must inform BOEM as soon as possible, and no later than 60-days prior to the deadline(s) set forth in the Conditions. A mitigation agreement will not be required if BOEM has determined—at its sole discretion



and based on its review of the record of relevant communications from Dominion to the DOD and the DON—that Dominion made reasonable efforts to enter an agreement and was unable to do so.

**Timeline:**

- April 21, 2023: DOD Clearinghouse issued letter to BOEM. DOD will require mitigations tied to impacts to air defense missions and unmanned aircraft systems, and to ensure cybersecurity and combat possible espionage.
- May 2, 2023: Dominion contacted DOD regarding its expected mitigations.
- December 11, 2023: Dominion sent request to DOD POC identified in the Record of Decision to begin development of the mitigation agreement(s).
- December 19, 2023: USN replied to December 11 request indicating that USN would follow up.
- January 2, 2024: Dominion followed up with USN and requested meeting to begin development of mitigation agreement(s).
- January 16, 2024: Dominion requested update from DOD on mitigation agreement template.
- January 24, 2024: DOD stated there will be one mitigation agreement signed by the Office of the Secretary Defense that incorporates all DOD mitigations. Agreement will be coordinated by DOD Siting Clearing House.
- February 20, 2024: Dominion submitted correspondence log to BOEM to demonstrate that the Company had made significant efforts over an approximately 3-year period to enter into a mitigation agreement w/DOD/USN, and requested BOEM's concurrence that in the event an agreement is not reached prior to construction, that construction may commence without delay.
- March 1, 2024: DOD provided draft mitigation agreement text for Dominion review except Cond. 4.3.3 involving NAS Patuxent Advanced Dynamic Aircraft Measurement System (ADAMS).
- April 16, 2024: Dominion requested confirmation from BOEM that lack of agreement will not hinder pile driving; BOEM requested DE provide confirmation that USFFC and NAWCAD consider COP Cond 4.3.1. Communication Protocols satisfied.
- April 18, 2024: Dominion provided BOEM confirmation from USFFC and NAWCAD consider COP Cond 4.3.1. Communication Protocols satisfied.
- April 24, 2024: Dominion made subsequent request for confirmation that lack of mitigation agreement will not impact commencement of construction.
- April 25, 2024: BOEM confirmed construction can commence without the mitigation agreement in place.

## U.S. Fleet Forces Command and Naval Air Warfare Center Aviation Division Communication Protocols

**BLUF:** Prior to commencing construction on the Outer Continental Shelf (OCS), Dominion Energy must establish communications plan(s) in coordination with the U.S. Fleet Forces Command (USFFC) and the



Naval Air Warfare Center Aviation Division (NAWCAD) concerning construction and operations and maintenance activities with the potential to impact military operations.

**Background:**

COP Conditions 4.3, 4.3.1 and 4.3.2 require Dominion Energy to enter into a mitigation agreement(s) with the DOD and DON for the purposes of establishing a communications plan with USFFC and NAWCAD concerning construction and operations and maintenance activities with the potential to impact military operations.

While no formal agreement has been executed, on April 18, 2024, USFFC and NAWCAD notified Dominion Energy that it had met COP Condition 4.3.1 through its open lines of communication and hosting of construction status update meetings at their desired frequency.  Dominion Energy forwarded this to BOEM, and on April 25, 2024, BOEM confirmed Condition 4.3.1 had been met, and Conditions 4.3.2 (Communication Protocols for Operations and Maintenance), 4.3.3 (NAS Patuxent Advanced Dynamic Aircraft Measurement System), 4.3.4 (Distributed Fiber-Optic Sensing Technology) and 4.3.5 (Risk Assessment of Foreign Investment and Material Vendors) could be satisfied after construction has commenced.

**Timeline:**

- January 9, 2024: USFFC requests communication protocols be agreed to that outlined method of communications and what information needs to be shared on a regular basis between parties. Purpose of communications is to deconflict DOD and CVOW operations in DOD designated operating areas. Dominion to develop protocol framework and schedule meeting with USFFC Encroachment Manager.
- January 22, 2024: Dominion met with USFFC Encroachment Manager to begin the development of a protocol framework.
- February 8, 2024: Meeting held with local DOD commands; project updated provided and protocols discussed.
- March 20, 2024: Dominion provided local DOD commands a 30 day look ahead.
- March 26, 2024: Dominion, USN, Deme, Virginia Pilot Association, and Virginia Port Authority conducted a rehearsal of concept for the heavy-lift vessel Orion's arrivals and departures. Protocols are meant to deconflict and minimize impacts on NSN Norfolk's Chambers Airfield.
- April 18, 2024: USFUSFFC and NAWCAD notified Dominion Energy that it had met COP Condition 4.3.1 through its open lines of communication and hosting of construction status update meetings at their desired frequency.
- April 25, 2024: BOEM confirmed Condition 4.3.1 had been met, and Conditions 4.3.2. Communication Protocols for Operations and Maintenance; 4.3.3. NAS Patuxent Advanced Dynamic Aircraft Measurement System; 4.3.4. Distributed Fiber-Optic Sensing Technology; and 4.3.5. Risk Assessment of Foreign Investment and Material Vendors could be satisfied after construction has commenced.



- July 8, 2024: Based on progress to date and lack of issues or concerns, DOD/USN requested frequency of CVOW Status update meetings be changed from monthly to quarterly.

## NAS Patuxent River Advanced Dynamic Aircraft Measurement System (ADAMS)

**BLUF:** The CVOW Project may interfere with Navy radar testing (ADAMS) at NAS Patuxent River during atmospheric ducting. The Navy is developing a predictive model to better schedule operations or request turbine curtailment as needed. Dominion Energy, PJM Interconnection, and the Navy are creating protocols to minimize impacts on ADAMS, CVOW output, and grid reliability.

**Background:**

COP Cond 4.3 and 4.3.3. require Dominion Energy to enter into a mitigation agreement(s) with the DOD and DON to mitigate impacts on the NAS Patuxent River's Advanced Dynamic Aircraft Measurement System (ADAMS) operations.

ADAMS is a specialized radar-based test system managed by the Naval Air Warfare Center Aircraft Division (NAWCAD).

The Department of the Navy (DON) has identified that the Coastal Virginia Offshore Wind (CVOW) project may interfere with ADAMS performance during atmospheric ducting events—a phenomenon in which radio frequency signals propagate beyond their normal line of sight. Under such conditions, ADAMS may inadvertently receive reflected signals from CVOW turbines, which could compromise its mission effectiveness. Temporary curtailment of turbine operations is anticipated to adequately mitigate this interference.

To address this potential issue, the Navy is developing a model to identify atmospheric ducting conditions that pose a risk of interference to ADAMS. Although completion of this modeling effort is projected for mid-2026 or later, it will ultimately inform when and whether operational adjustments—such as turbine curtailment—may be necessary to support ADAMS activities.

Dominion Energy, PJM Interconnection, and the DON are actively collaborating to devise strategies that minimize impacts on ADAMS operations, optimize CVOW energy production, and maintain grid reliability.

**Timeline:**

Atmospheric Ducting Predictive Model Support

- August 7, 2023: To support DOD's predictive model, Dominion IT identified feasible means to provide real-time CVOW Pilot data to DOD.
- August 22, 2023: DOD very pleased with data feeds to be provided for CVOW Pilot. DOD also seeking existing LiDAR buoy data and information on all radio frequencies (RF) that will be active in the lease.
- August 30, 2023: Meeting held with DOD and USN on LiDAR buoy data and RF info.



- September 6, 2023: Dominion notified DOD that the PI to Data HUB transfer is operational and provided instructions on how to connect and retrieve near real-time data from CVOW Pilot turbines.
- October 9, 2023: Dominion requested update from USN on whether they were successful retrieving real-time CVOW Pilot turbine data. Dominion also provided frequency information.
- October 17, 2023: USN was unsuccessful in attempt to retrieve real-time CVOW Pilot turbine data; additional coordination required.
- October 30, 2023: Dominion and USN continue to troubleshoot delivery of real-time Pilot data.
- October 31, 2023: Dominion provided USN historical LiDAR data.
- December 13, 2023: Dominion and USN met to troubleshoot USN inability to successfully retrieve real-time CVOW Pilot turbine data.
- January 8, 2024: USN reported they successfully gained access to CVOW Pilot turbine data to support the development of their predictive model.
- August 12, 2025: Dominion emailed DOD and requested they review and respond to two questions from our IT program managers and PI data stream consultants.
- August 21: DOD provided a response to Dominion's August 12 email.

<u>Mitigation Agreement</u>

- March 14, 2024: USN submitted questions for Dominion to answer involving potential periodic curtailment of the turbines to mitigate impacts to ADAMS operations, as well as questions on Dominion's use of Automatic Dependent Surveillance-Broadcast (ADS-B) within the lease to track aircraft. Dominion provided responses to questions and information on both ADS-B and Automatic Identification System (AIS) used to track both aircraft and vessels in the lease area.
- April 12, 2024: Meeting held with DOD to discuss curtailment as potential mitigation. Key Topics Discussed:
    o ADAMS overview: Atlantic test range explained importance and uniqueness of ADAMS system;
    o Ducting issue: Atlantic test range shared results of their modeling and measurements that showed the potential impact of ducting on ADAMS system from wind turbines over the horizon.
    o Curtailment as mitigation: Atlantic and Dominion discussed potential curtailment scenarios to mitigate wind turbine impacts on ADAMS.
    o Next steps: Navy agreed to rework the curtailment numbers based on Dominion's feedback and to draft some language for a mitigation agreement that would reflect the ongoing study and the possible technical fixes. Dominion agreed to share more information about their energy supply and grid operations. Both parties agreed to continue the discussion and DOD invited DE to visit the Atlantic test range site.
- May 9, 2024: DOD provided draft mitigation agreement for ADAMS.
- June 18, 2024: Dominion provided DOD recommended edits on draft agreement.
- August 8, 2024: DOD provided revised ADAMS mitigation agreement for Dominion's review.



- November 19, 2024: Dominion MOC submitted request to PJM seeking PJM POC and meeting regarding potential curtailment requests from DOD.
- December 16, 2024: DOD provided dates in early January for a joint DOD, Dominion and PJM meeting.
- January 13, 2025: Draft communications agreement for curtailment provided to DOD for review in advance of our meeting with DOD and PJM scheduled for January 22.
- January 22, 2025: Productive meeting held with DOD & PJM. DOD generally agreeable to notification protocols that limit financial impacts of curtailment. Next steps: Dominion and PJM to update agreement and meet again with DOD.
- January 29, 2025: Dominion finalizing revisions to draft agreement.
- January 31, 2025: Dominion provided revised draft agreement to DOD.
- February 14, 2025: DOD and USN provided feedback on draft agreement and included a revised procedure for requesting curtailment, as well as questions for consideration.
- March 5, 2025: Dominion provided revised agreement and responses to DOD questions via email and requested times that DOD can meet to discuss.
- March 6, 2025: DOD acknowledged receipt and stated they would follow-up week of March 10.
- March 17, 2025: Dominion emailed DOD and requested update; no response received.
- April 2, 2025: Dominion provided DOD an overview of turbine installation schedule and turbine status during commissioning and requested update on DOD's review of revised agreement.
- April 3, 2025: DOD acknowledged email and stated they would provide dates and times for follow-up discussion on draft agreement. DOD also requested expected timeline for Dominion to provide real-time telemetry data once the turbines begin spinning offshore.
- April 22, 2025: Meeting held with DOD and Atlantic Test Range (ATR) to review agreement. Meeting with PJM scheduled for May 9.
- April 24, 2025: Dominion sent request for information to DOD asking if DOD could schedule tests outside of peak load hours during an operating day, and for statistics on how many tests are conducted each year.
- May 5, 2025: DOD responded to request stating that it is probable that DOD could schedule curtailment periods.
- May 9, 2025: Dominion met with PJM without DOD and discussed CVOW interconnection project status, CVOW curtailment and next steps with DOD, which may include an in-person meeting.
- May 22, 2025: Planning session held w/PJM to set agenda and timeline for DOD meeting. Notified DOD of PJM's desire to host an in-person meeting at a location agreeable to DOD.
- June 3, 2025: Dominion forwarded draft agenda for proposed in-person meeting to DOD and requested DOD provide its expected attendees, preferred meeting location and potential dates.
- Jun 11, 2025: In-person scheduled for June 23 in Patuxent, MD. PJM will provide overview of PJM, transmission, demand curve, load and CVOW curtailment reliability challenges. DOD to provide high level overview of ADAMS. All parties to discuss curtailment process options. Dominion attendees include Directors and managers from Transmission, Generation, Electric Market Policy and CVOW.



- June 23, 2025: In-person meeting held in Patuxent, MD. PJM provided overview of PJM, transmission, demand curve, load and CVOW curtailment reliability challenges. DOD provided high level overview of ADAMS. All parties discussed curtailment process challenges and options. Highlights:
  - CVOW has potential to interfere with ADAMS only during periods of Radio Frequency (RF) ducting, a phenomenon where radio waves are trapped in a layer of the atmosphere, allowing them to travel further than normal.
  - RF ducting is more prevalent during May through Sep; however, can occur anytime during the year.
  - The completion of DOD's 3-year study, which was to produce a forecasting model to predict periods of RF ducting, has been delayed due to budget cuts and administrative reprioritization, and may not be completed until mid-2026 or later. DOD will not begin requesting curtailment until which time CVOW is built out enough that they are seeing definitive impacts that require mitigation.
  - DOD accepted PJM's need to deny curtailment requests during "max generation alerts" or to suspend curtailment to avoid "load shedding events."
  - DOD committed to abiding by a curtailment's designated end time (i.e., will never extend a test beyond the agreed upon timeframe).
  - DOD anticipates that over time, they will learn more about RF ducting and the times CVOW will interfere and thus will request curtailment less and less.
  - An outstanding issue is how curtailment and the required 240-hours of WTG operational testing will co-exist.
  - Next steps: PJM to distribute mtg notes for concurrence and propose modifications to draft agreement to address ideas expressed during mtg, and grid reliability concerns. Smaller workgroups may convene to discuss specific issues/challenges.
- July 11, 2025: PJM distributed draft meeting minutes for review and feedback. Next steps: schedule follow-up meeting to continue discussing options to coordinate both ADAMS testing and CVOW operations including but not limited to:
  - Mitigation agreement.
  - Coordination options to minimize impact to both CVOW and DOD ADAMS testing.
  - CVOW construction timeline and turbine commissioning requirements.
  - Status of USN modeling.
- August 6, 2025: Dominion provided turbine installation and commissioning update to DOD and requested their availability to schedule additional coordination meetings with Dominion and PJM.
- August 8, 2025: In response to August 6 update, received email from DOD expressing concern regarding the challenges in mitigating radar interference to ADAMS operations during turbine commissioning.
- August 13, 2025: DOD provided potential dates of Aug 21 or 26 for next coordination meeting.
- August 14, 2025: DOD responded to our August 12 questions. Dominion set the next DOD and PJM meeting for August 26.



- August 20, 2025: Dominion responded to DOD's August 8 questions on turbine commissioning modes.
- August 26, 2025: Dominion met virtually with DOD/ATR and PJM and developed strategies to minimize impact to WTG commissioning, CVOW output and ADAMS operations..
- September 4, 2025: Dominion distributed draft minutes for the August 26 meeting to DOD/ATR and PJM.
- October 9, 2025: Dominion forwarded revised and Dominion/PJM approved mitigation agreement to DOD for final review before execution.
- November 12, 2025: DOD provided feedback on revised ADAMS mitigation agreement which was provided to them on October 9. DOD recommended clarifications to ADAMS operational tempo and adjustments to the long-term curtailment planning language.
- December 4, 2025: ATR confirmed receipt of Dominion's December 2 email requesting ATR's POCs for inclusion in the ADAMS Mitigation Agreement and identification of the individual authorized to sign on ATR's behalf. ATR stated they are actively working on this but have not yet completed internal coordination. They expect to provide the final POCs within the next couple of weeks. In a separate email, ATR indicated interest in starting preparations to receive telemetry data from the CVOW-C turbines..
- December 17, 2025:
  - Dominion responded to Atlantic Test Range's December 4 email.
  - Dominion responded to ATR's December 10 email.
  - Dominion received email from ATR asking if the six-month ADAMS test support projection for PJM can be expressed monthly as curtailment hours.
- December 18, 2025:
  - Dominion responded to ATR's December 17 email on ADAMS test support.
  - Dominion received email from ATR acknowledging the December 17 confirmation.

## Distributed Fiber-Optic Sensing Technology

**BLUF:** Prior to commencing construction on the Outer Continental Shelf (OCS), Dominion Energy must coordinate with DOD and DON on any proposal to use distributed fiber-optic sensing technology as part of the Project or associated transmission cables.

**Background:**

COP Conditions 4.3 and 4.3.4 require Dominion Energy to enter into a mitigation agreement(s) with the DOD and DON to coordinate on any proposal to use distributed fiber-optic sensing technology as part of the Project or associated transmission cables. On Oct 24, 2023, DOD completed its review of Dominion Energy's fiber optic distributed temperature monitoring system and provided its "no objection."  DOD also stated, "If distributed acoustic sensing were to be considered at a later date, we request the opportunity to evaluate the capability to identify and mitigate potential risk. That concern also applies to any other acoustic monitoring capabilities that may be deployed, whether related to the power cable or for other purposes like environmental monitoring."



**Timeline:**

- July 10, 2023: DOD responded to Dominion's request regarding pre-construction review of fiber optic sensing equipment and indicated a willingness to start review prior to COP approval and ability complete CVOW's review in 90 days based on current workload projections.
- July 18, 2023: Sent DOD request to schedule a meeting to review submission requirements since Dominion's cables will not include a fiber optic acoustic monitoring system.
- July 24, 2023: Sent second request for a meeting.
- July 28, 2023: In lieu of a meeting, DOD requested Dominion provide questions via email for their review and response.
- August 7, 2023: Dominion provided DOD a high-level overview of CVOW cable systems and requested feedback on it sufficing for formal submission.
- August 23, 2023: Dominion asked for an update from DOD.
- September 6, 2023: Dominion asked for an update from DOD.
- October 19, 2023: Dominion asked for an update from DOD.
- October 24, 2023: DOD completed its review of Dominion Energy's fiber optic distributed temperature monitoring system and provided its "no objection." DOD also stated, "If distributed acoustic sensing were to be considered later, we request the opportunity to evaluate the capability to identify and mitigate potential risk. That concern also applies to any other acoustic monitoring capabilities that may be deployed, whether related to the power cable or for other purposes like environmental monitoring."
- May 7, 2024: Provided DOD copy of the Dominion Energy's Construction Monitoring and Mitigation Plan, which includes the acoustic monitoring capabilities used to verify pile driving sound fields and detect marine mammals.

## Foreign Investment and Material Vendors Risk Assessment

**BLUF:** Prior to commencing construction on the Outer Continental Shelf (OCS), Dominion Energy must provide DOD and DON with the opportunity to assess risk related to foreign investment and foreign material vendors to avoid or minimize the potential to conflict with, and minimize the potential effects of conflicts with, national security operations.

**Background:**

COP Conditions 4.3 and 4.3.5 4 require Dominion Energy to enter into a mitigation agreement(s) with the DOD and DON to provide them with the opportunity to assess risk related to foreign investment and foreign material vendors to avoid or minimize the potential to conflict with, and minimize the potential effects of conflicts with, national security operations.

**Timeline:**

- October 9, 2023: Dominion Energy asked for information on how we could facilitate this assessment.



- May 28, 2024: Dominion provided DOD information on its vendor selection process.
- August 28, 2024: DOD confirms they are still discussing internally the scope and means for them to conduct the risk assessment.
- March 17, 2025: DOD confirmed they do not have an update on means for Dominion to comply with Cond 4.3.5.
- July 8, 2025: DOD notified Dominion that it considers Cond 4.3.5 satisfied and that if DOD needs to conduct an assessment in the future, it has the necessary means via the exiting lease terms and COP Conditions to work with Dominion to conduct it.

## Coordination with NAS Oceana

**BLUF:** Throughout the installation, construction, operations and decommissioning of the project, Dominion Energy must coordinate with NAS Oceana for entry to the real estate through which the onshore export cable route lies.

**Background:**

COP Condition 4.4 requires that throughout the installation, construction, operations and decommissioning of the project, Dominion Energy must coordinate with NAS Oceana for entry to the real estate through which the onshore export cable route lies. The COP Condition lists a DOD POC that is located at the Pentagon. This POC has been replaced by the USFFC encroachment manager, and the project updates that are being conducted under COP Condition 4.3 have met this condition.

## Electromagnetic Emissions

**Background:**

COP Condition 4.5. Before entering any designated defense operating area, warning area, or water test area for the purpose of carrying out any survey activities under the approved COP, the Lessee must enter into an agreement with the commander of the appropriate command headquarters to coordinate the electromagnetic emissions associated with such survey activities. The Lessee must ensure that all electromagnetic emissions associated with such survey activities are controlled as directed by the commander of the appropriate command headquarters. The Lessee must provide BOEM and BSEE with a copy of the agreement within 15 days of entering into the agreement. The project updates provided under COP Condition 4.3 have met this condition.

**Timeline:**

- January 3, 2024: Dominion sent email to local USN command planners in attempt to identify the right POC to develop this agreement.
- January 9, 2024: USN POC identified, and phone conversation held. USFFC requests Communications Protocol be agreed to that outlines method of communications and what information needs to be shared on a regular basis between parties. Purpose of communications



is to deconflict DOD and CVOW operations in DOD designated operating areas and to provide DOD awareness of any radio frequencies or other project related emissions emitted during construction and O&M. DE to develop protocol framework and schedule mtg with USFF Encroachment Manager, Dan Hurley.

- January 30, 2024: Dominion submitted email to DOD, USFFC and BOEM requesting confirmation that UXO disposition may begin in early February prior to agreement being formalized.
- February 6, 2024: DOD replied that DOD and USN have no concerns and that UXO disposition may begin.

## Deconfliction of Joint Base Langley-Eustis Aviation and Unmanned Aircraft System Operations

**Background:**

COP Condition 4.6. To mitigate the potential impacts on the Department of the Army (Army) aviation operations, Dominion Energy must coordinate with the Army 90 to 180 days prior to usage of unmanned aircraft systems (UAS) in support of both on-shore and off-shore maintenance operations.

**Timeline:**

- December 20, 2023: US Army POC contacted Dominion requesting meeting to discuss requirement.
- January 5, 2024: Meeting held. USA's concern w/UAS is foreign agencies using drones to collect intelligence on DOD operations at Dam Neck and/or offshore, and the long lead time for the 90d-180d advanced notice is to ensure USA gets opportunity to review UAS and associated vendors/operators.

## Deconfliction of Naval Station Norfolk Chambers Field Air Operations with Charybdis Transits

**Timeline:**

- October 23, 2024: At a port stakeholder planning and coordination meeting, the Air Boss for Naval Station Norfolk Chambers Field stated USN would not allow WTIV Charybdis to transport turbine towers in the vertical position as its impact on flight ops would be too severe.
- November 15, 2024: DE hosted mtg w/USN & others to discuss Charybdis air draft challenges. USN proposed several procedures and mitigations.
- November 19, 2024: As a follow-up from the Nov. 15th mtg, USN provided DE with the updated impact & red zones; amended email notification template; and script for voice comms.
- November 19, 2024: Permitting engaged Charybdis & WTG package managers on potential need to file Form 7460-1, Notice of Proposed Construction or Alteration, to the FAA to: (1) store towers in the vertical position at PMT; & (2) operate Charybdis crane at PMT.



- November 20, 2024: Internal mtg held to review USN proposal.
- December 4, 2024: Dominion engaged Virginia Pilots Association, the Port of Virginia, and the Virginia Maritime Association to understand vessel traffic density patterns & assess risks involved w/0100-0600 window and other periods.
- December 6, 2024: Dominion replied to USN stating basis supporting 24/7 transit; USN acknowledged. Follow-up mtg is being scheduled to further discuss.
- Dec 9, 2025: FAA confirmed obstruction evaluation for Charybdis is pending USN's concurrence.
- Dec 16: USN replied to DE's Dec 6's proposal providing additional & specific impacts to USN air operations & highlighting the impacts would be significantly aggravated during periods of poor visibility with low cloud ceilings.
- March 5, 2025: Mtg held w/USN.
- March 10, 2025: USN reverted revised communication protocols to DE.
- March 12, 2025: Meeting held with Capital Airspace Group. Charybdis FAA filings will be amended to include tower lighting and marking proposal.
- March 19, 2025: DE provided revised protocols to USN for review and obtained agreement. In response, DE will socialize agreement with USCG, Pilots Association, and Port of VA. Once completed, USN and update FAA, and FAA should be able to issue its determination.
- April 4, 2025: Dominion obtained maritime stakeholders' consensus on protocols.
- April 30, 2025: Dominion provided maritime stakeholders the formal and proposed communication plan and requested feedback by May 9. Next step is for the USN to communicate to the FAA that we have agreed to communication protocols that mitigate impacts to USN flight operations. Once that is done, FAA can issue determination.
- May 9, 2025: Dominion distributed the final agreed to communication protocols for Charybdis and other oversized vessel communication protocols to USN and port stakeholders.
- May 15, 2025: USN confirmed that it had notified FAA that it supported FAA issuing its determination. As of May 21, FAA has not issued its determination. Kick-off mtg w/USN being scheduled to discuss details and schedule for the burying of overhead lines to mitigate impacts to air operations from Charybdis transits, which require the temporary suspension of USN flight operations as the ship passes.
- May 27, 2025: FAA concluded its aeronautical study and determined the Charybdis transits w/towers aboard are not a hazard to air safety provided the towers are marked and lighted in accordance w/FAA standards and the USN communication protocols are strictly followed.
- Jun 10, 2025: Dominion held an in-person kick-off mtg w/USN and discussed details and potential schedule for the burying of overhead lines to mitigate impacts to air operations from Charybdis transits.
- June 23, 2025: DOD stated they are considering memorializing the FAA-USN approved Charybdis transit protocols into the mitigation agreement of Cond 4.2.1. Oceana Virginia Air Route Surveillance Radar (ARSR-4) and Naval Air Station Oceana Airport Surveillance Radar (ARS-11).



- July 8, 2025: DOD again stated they intend to include the FAA/USN approved Charybdis transit protocols in the NORAD mitigation agreement, and potentially the overhead to underground work at Chambers Field to serve as the authorizing mechanism for the in-kind-consideration.

## CVOW – Charybdis FAA Permit / In-Kind work – Chambers Airfield

Navy supported CVOW in receiving FAA permit needed by Charybdis to pass by Norfolk Naval Station's Chambers Airfield – allowed for 24-hour operations. As in-kind consideration for that support, DE will be burying certain Navy-owned overhead distribution lines at the airfield. Transaction may also include renewal of needed Craney Island distribution easements.

## USN Collaboration - Strengthening the Nation's Warfighting Capabilities

**BLUF:** Dominion Energy is working with the US Navy and research institutions to test and minimize wind turbine radar interference, supporting defense operations near offshore wind farms worldwide.

**Background:**

Dominion Energy is partnering with the US Navy, the Center for Naval Analysis (CNA), and Sandia National Laboratories (SNL) to utilize the lease area for testing purposes aimed at enhancing understanding of and reducing turbine interference, thereby maintaining or improving both Department of Defense (DOD) and United States Coast Guard (USCG) operational capabilities (e.g., target identification and tracking) near offshore wind farms worldwide.

The US Navy is preparing a proposal for Dominion Energy's review, enabling tests to commence once sufficient turbines are operational and when such activities can be conducted safely without disrupting ongoing construction. The US Navy has emphasized the strategic advantage of having an offshore wind farm near Norfolk, VA, noting that collaboration with Dominion Energy will enhance its warfighting capabilities.

The CNA is a federally funded research and development center serving the Department of the Navy. CNA develops actionable solutions to complex national challenges that support naval operations, fleet readiness, and great power competition.

SNL is also a federally funded research and development center, which operates under contract with the Department of Energy. SNL's primary mission is to employ science and engineering to detect, deter, defeat, or mitigate threats to national security.

Timeline:

- September 16, 2025: USN/CNA requested a WTG construction status update to plan in-field testing of radar interference, aiming to begin testing in 2026 when sufficient turbines are operational.



- October 28, 2025: DE met w/CNA and the DOD Clearinghouse and discussed plans for in-field testing of CVOW radar interference, targeted for 2026 once enough turbines are operational. The goal is to validate prior radar studies and improve DOD operations near wind farms globally. CNA has no detailed test design yet and asked about our timeline for reaching 50% turbine installation to plan coordination with us and USN. Funding is constrained but the study is moving forward. Dominion offered real-time data sharing and collaboration, added them to the CVOW monthly construction update distribution, and agreed to reconnect when their planning advances.
- December 5, 2025: CNA requested additional information on the timing of turbine operations, e.g., number and locations.
- December 8, 2025: Dominion provided CNA the additional information on the timing of turbine operations in 2026, e.g., number and locations.

## Oceanographic High-Frequency Radar (HFR) - Wind Turbine Radar Interference Mitigation (WTRIM)

**BLUF:** Oceanographic High-Frequency Radar (HFR) systems require mitigation measures like new weather sensors and software to reduce radar interference. Dominion Energy is implementing these strategies in collaboration with NOAA throughout the project's lifecycle.

**Background:**

Oceanographic High-Frequency Radar (HFR) technology plays a crucial role in measuring ocean surface currents and waves in near real-time, covering distances beyond 150 kilometers from shore. This system significantly enhances public access to surface current data, increasing measurements from roughly 300 per hour using offshore weather buoys to over 100,000 per hour with HFR deployment.

Function and Applications of HFR

HFR operates by analyzing backscattered radio waves, deriving radial velocities from the Doppler shifts of radar echoes reflected by ocean waves. These waves' phase speeds are influenced by underlying currents, enabling accurate sea state assessment. The wave products generated by HFR are utilized by agencies such as the National Weather Service (NWS), United States Coast Guard (USCG), NOAA, and the public for diverse operational and mission-critical purposes.

Wind Turbine Radar Interference and Mitigation

The construction and operation of offshore wind farms, such as the Coastal Virginia Offshore Wind (CVOW) project, pose potential interference risks to HFR systems. NOAA anticipates that CVOW's wind turbines may disrupt signals from four shore-based HFR units. To address this, NOAA has developed specialized software tools to mitigate wind turbine radar interference. For effective WTRIM functionality, supplementary in situ ocean surface current and wave sensors must be deployed around the offshore wind farm's periphery.



Implementation of the WTRIM Plan

In collaboration with NOAA, Dominion Energy has devised and received approval from BOEM for a comprehensive WTRIM plan. This plan is being executed throughout CVOW's construction, operational phases, and eventual decommissioning. Key requirements include the installation of six wave and current radars on offshore infrastructure—specifically three turbines and three substations—and the provision of high-quality near real-time meteorological and oceanographic data to NOAA.

Temporary Mitigation Measures

Prior to commissioning the permanent wave and current radars, Dominion Energy has deployed a meteorological and oceanographic buoy as an interim mitigation measure to support data collection and interference management.

## NOAA NWS – NEXRAD WSR-88D Radar

**Timeline:**

- May 8, 2023: Submitted turbine specifications to NTIA for assessment.
- Jun 26, 2023: NTIA completed its assessment of CVOW and found no adverse impacts to NEXRAD radar in Wakefield, VA.

## U.S. Coast Guard Helicopter Hoist Training and Dominion Energy Collaboration

**BLUF:** Dominion Energy, USCG Air Station Elizabeth City and Atlantic Wind Transfers entered into a Memorandum of Agreement (MOA) to conduct helicopter hoist training from vessel operated by Atlantic Wind Transfers while employed or under contract with Dominion Energy. These vessels are routinely used to transport personnel and equipment to and from shore-based facilities to the windfarm. Air Station Elizabeth City is the USCG unit most likely to respond if aid or rescue is required and it is imperative that its helicopter pilots can gain and maintain proficiency hoisting from the Atlantic Wind Transfers Crew Transfer Vessels (CTV). To this end, the parties agree to participate in annual on-site training sessions to maintain crew proficiency and familiarization with hoisting operations, rescue devices and applicable hoisting hazards.

## U.S. Coast Guard Marine Industry Training Program and Dominion Energy Collaboration

**BLUF:** The U.S. Coast Guard Marine Industry Training Program (MITP) is a strategic initiative designed to deepen the Coast Guard's understanding of maritime industry operations by embedding select personnel within leading organizations across the sector. Through immersive, hands-on experiences, participants gain valuable insights into commercial practices, regulatory



challenges, and emerging technologies—enhancing their ability to craft informed policy and conduct effective oversight. As part of this program, Dominion Energy hosted four Coast Guard members for up to one year, integrating them into the development and execution of the Coastal Virginia Offshore Wind (CVOW) Project—a pioneering effort in renewable energy and offshore infrastructure.

## CVOW – Oceana Transmission Line Easement / In-Kind work

Navy easement, maintenance agreement, and project management agreement executed on 1/16/25, hard copies received on 2/12/25. Ongoing coordination with Navy/NAVFAC on Limits of Disturbance (LOD) for MWR facilities. Monthly coordination and progress meetings with NAS Oceana regarding in-kind scope and phasing of work.  Anticipate construction start (phase I) in fall of this year.

## Live Explosives Offshore by US Navy EOD

Incident Summary

In late May 2024, Dominion Energy, in coordination with its contractor ThayerMahan, identified and responded to a significant explosive hazard during subsea operations related to the Coastal Virginia Offshore Wind (CVOW) project. A target previously classified as inert was discovered to contain live explosive material—specifically, eight blocks of C4 and approximately 180 feet of detonation cord.

Discovery and Escalation

The ordnance was located under target A1_M01507 during a close-in reconnaissance mission using a WROV. The ThayerMahan UXO Disposition Team, composed of former U.S. Navy EOD technicians, confirmed the presence of high explosives. The material was assessed to be a misfire from a prior naval training exercise, posing a higher detonation risk than typical unexploded ordnance (UXO).

Upon confirmation, Dominion Energy promptly escalated the matter to the U.S. Coast Guard (USCG) and U.S. Navy Explosive Ordnance Disposal (EOD) teams. Notification protocols were initiated, and coordination began for safe recovery and disposal.

Response and Resolution

The U.S. Navy EOD team responded swiftly. The explosive materials were safely recovered to a vessel and transported to Naval Weapons Station Yorktown for final disposition. The operation was executed without incident, and Dominion Energy briefed the Bureau of Safety and Environmental Enforcement (BSEE) shortly thereafter[1].

Stakeholder Coordination

The incident showcased exemplary collaboration between:



- Dominion Energy Marine Affairs and UXO teams

- ThayerMahan's UXO specialists, including retired Rear Admiral Frank Morneau

- USCG and USN EOD units

- Federal regulators (BSEE)

Strategic Implications

- Operational Readiness: The rapid identification and neutralization of the threat underscored the effectiveness of Dominion's UXO protocols and contractor capabilities.

- Defense Collaboration: The incident reinforced the importance of public-private coordination in offshore energy development zones, particularly near active military training areas.

- Regulatory and Public Affairs: Dominion proactively considered permitting and public relations implications, ensuring transparency and compliance throughout the response.