**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

VIRGINIA ELECTRIC AND POWER
COMPANY D/B/A DOMINION ENERGY
VIRGINIA, *et al.*,

                Plaintiffs,

       v.

UNITED STATES DEPARTMENT OF THE
INTERIOR, *et al.*,

                Defendants.

Case No. 2:25-cv-830

**PROPOSED *AMICUS CURIAE* PJM INTERCONNECTION, L.L.C.'S
MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

PJM Interconnection, L.L.C. seeks leave to file an *amicus curiae* brief to be considered in connection with Plaintiff Virginia Electric and Power Company d/b/a Dominion Energy Virginia's request for a preliminary injunction in this case. In support of its motion, PJM states the following:

This "Court has broad discretion in deciding whether to allow a non-party to participate as an *amicus curiae*." *Tafas v. Dudas*, 511 F. Supp. 2d 652, 659 (E.D. Va. 2007) (citations omitted); *see also Bryant v. Better Bus. Bureau of Greater Md., Inc.*, 923 F. Supp. 720, 728 (D. Md. 1996) ("The decision to grant leave to proceed as amici at the trial court level is discretionary.") (citations omitted). Accordingly, briefs by *amici curiae* are routinely accepted at the trial court level where, for example, "they provide helpful analysis of the law" or the *amici* "have a special interest in the subject matter of the suit." *Bryant*, 923 F. Supp. at 728 (citations omitted); *see also Neonatology Assocs. v. Comm'r of Internal Revenue*, 293 F.3d 128, 131–33 (3d Cir. 2002) (Alito, J., in chambers) (explaining that motions for leave to file *amicus* briefs should be granted liberally when

the proposed briefs meet Federal Rule of Appellate Procedure 29's criteria "as broadly interpreted").

PJM is the independent Federal Energy Regulatory Commission ("FERC")-designated regional transmission organization ("RTO") for a multi-state region covering many of the Mid-Atlantic states, including Virginia, and the District of Columbia. There are more than 67 million people in the region PJM serves. As part of its federally mandated RTO responsibilities,[1] PJM administers a highly regulated process to assess the amount of electrical generation needed to operate the interstate transmission grid in PJM's region in a reliable fashion. This process is described more fully in the proposed *amicus curiae* brief. PJM also oversees the interconnection of electric generators to the transmission grid in its region. As relevant here, PJM oversaw an extensive study process that assessed the impact that interconnecting the offshore electric generation project at issue here will have on the grid's operation and reliability.

PJM's experience as an RTO gives it unique insights into the need for new electric generation in its region. As explained in the proposed brief, the offshore electric generation project at issue in this case will provide much-needed power to Virginia and the interstate electric grid. PJM has an interest in the project coming online.

The proposed brief is both useful and desirable. It provides context relevant to the proceedings from an entity with unique experience administering the transmission grid in Virginia. PJM believes that the information in the proposed brief will assist the Court as it considers the balance of the equities and the nature of the public interest in Dominion's offshore generation project.

---

[1] As the FERC-designated RTO for its region, PJM has a FERC-approved tariff and is regulated by FERC.

PJM's proposed *amicus curiae* brief is timely because briefing on Dominion's request for a preliminary injunction is ongoing. PJM contacted the parties' attorneys seeking consent for PJM's motion for leave to file the proposed brief. Dominion consented to the relief PJM requests. The government did not respond.

PJM respectfully requests that the Court enter an order granting it leave to participate as *amicus curiae* and directing the clerk to file the accompanying brief on the docket in this matter.

January 9, 2026

Respectfully submitted,

_____/s/_____

Mark J. Stanisz (PA ID #315408)*
Arleigh P. Helfer (PA ID #84427)*
PJM INTERCONNECTION, L.L.C.
2750 Monroe Blvd.
Audubon, PA  19403
Tel: (610) 666-8980
Fax: (610) 666-8211
Mark.Stanisz@pjm.com
Arleigh.Helfer@pjm.com

Eric R. Nitz (Va. Bar No. 82471)
MOLOLAMKEN LLP
600 New Hampshire Ave., N.W., Suite 500
Washington, D.C.  20037
Tel.: (202) 556-2000
Fax: (202) 556-2001
enitz@mololamken.com

*Attorneys for PJM Interconnection, L.L.C.*

*\*Pro hac vice* motion pending