IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| VIRGINIA ELECTRIC AND POWER COMPANY D/B/A DOMINION ENERGY VIRGINIA, *et al.*,<br><br>          Plaintiffs,<br><br>          v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>          Defendants. | Case No. 2:25-cv-830 |

**PROPOSED *AMICUS CURIAE* PJM INTERCONNECTION, L.L.C.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Civil Rule 7.1, proposed *amicus curiae* PJM Interconnection, L.L.C., by counsel, states the following: PJM Interconnection, L.L.C. ("PJM") is a limited liability company organized and existing under the laws of the State of Delaware. PJM is an independent regional transmission system operator authorized by the Federal Energy Regulatory Commission ("FERC") to administer an open access transmission tariff, operate energy and other markets, and otherwise conduct the day-to-day operations of the bulk power system of a multi-state region. *See generally Old Dominion Elec. Coop. v. PJM Interconnection, L.L.C.*, 24 F.4th 271, 275 (4th Cir. 2022).

Under Delaware law, the members of an L.L.C. have an "interest" in the L.L.C. *See* Del. Code Ann. tit. 6, §18-701. PJM's members—utilities and other related entities in the business of power generation and transmission—do not purchase their interests or otherwise provide capital to obtain their interests. Rather, the PJM members' interests are determined pursuant to a formula that considers various attributes of the member, and the interests are used only for the limited purposes of: (i) determining the amount of working capital contribution for which a member may

be responsible in the event financing cannot be obtained;[1] and (ii) dividing assets in the event of liquidation. PJM is not operated to produce a profit, has never made any distributions to members, and does not intend to do so (absent dissolution). In addition, "interest" as defined above does not enter into the governance of PJM, and there are no individual entities that have a 10% or greater voting interest in the conduct of any PJM affairs.

January 9, 2026

Mark J. Stanisz (PA ID #315408)*
Arleigh P. Helfer (PA ID #84427)*
PJM INTERCONNECTION, L.L.C.
2750 Monroe Blvd.
Audubon, PA  19403
Tel: (610) 666-8980
Fax: (610) 666-8211
Mark.Stanisz@pjm.com
Arleigh.Helfer@pjm.com

Respectfully submitted,

/s/
Eric R. Nitz (VA Bar No. 82471)
MOLOLAMKEN LLP
600 New Hampshire Ave., N.W., Suite 500
Washington, D.C.  20037
Tel.: (202) 556-2000
Fax: (202) 556-2001
enitz@mololamken.com

*Attorneys for PJM Interconnection, L.L.C.*

*\*Pro hac vice motion pending*

---

[1] Under the Amended and Restated Operating Agreement of PJM Interconnection, L.L.C., the amount of capital contributions received from all PJM members combined is capped at $5,200,000. Because PJM has financed its working capital requirements, there have been no member contributions to date, and none are expected.