### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

| | |
|---|---|
| **Virginia Electric & Power Co. d/b/a Dominion Energy Virginia, et al.,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**United States Department of the Interior, et al.,**<br><br>*Defendants.* | No. 2:25-cv-830 |

### NORTH AMERICA'S BUILDING TRADES UNIONS' MOTION FOR LEAVE TO FILE A BRIEF AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS

Under Local Civil Rule 7(A), North America's Building Trades Unions ("NABTU") moves for leave to file a brief as amicus curiae in support of Plaintiffs' motion for a preliminary injunction. In support of this motion, NABTU submits the attached Memorandum in Support.

WHEREFORE, NABTU respectfully requests that this Court grant its motion for leave to file its proposed amicus brief, also attached to this motion, in support of Plaintiffs' motion for a preliminary injunction.

Respectfully submitted,

/s/ Lucas R. Aubrey
Jonathan D. Newman*
Lucas R. Aubrey
    Va. Bar No. 74641
Jacob J. Demree*
*Attorneys for North America's
Building Trades Unions*
SHERMAN DUNN, P.C.
900 Seventh Street, N.W.
Suite 1000
Washington, D.C. 20001
Phone: (202) 785-9300
Fax: (202) 775-1950
newman@shermandunn.com
aubrey@shermandunn.com
demree@shermandunn.com

* Pro hac vice admission pending

January 9, 2026

## CERTIFICATE OF SERVICE

I certify that on January 9, 2026, this motion and all accompanying documents were filed using the Court's CM/ECF system.  All attorney participants in the case are registered CM/ECF users and will be served electronically via that system.

<u>/s/ Lucas R. Aubrey</u>
Lucas R. Aubrey
   Va. Bar No. 74641
*Attorney for North America's*
*Building Trades Unions*
SHERMAN DUNN, P.C.
900 Seventh Street, N.W.
Suite 1000
Washington, D.C. 20001
Phone: (202) 785-9300
Fax: (202) 775-1950
aubrey@shermandunn.com

January 9, 2026