IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **Virginia Electric & Power Co. d/b/a Dominion Energy Virginia, et al.,** | |
| *Plaintiffs,* | |
| v. | No. 2:25-cv-830 |
| **United States Department of the Interior, et al.,** | |
| *Defendants.* | |

**[PROPOSED] ORDER GRANTING NORTH AMERICA'S BUILDING TRADES UNIONS' MOTION FOR LEAVE TO FILE A BRIEF AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS**

**AND NOW,** this _____ day of _____, 2026, upon consideration of North America's Building Trades Unions' motion for leave to file a brief as amicus curiae in support of Plaintiffs, it is **HEREBY ORDERED** that the motion is **GRANTED**, and the Clerk is directed to file the proposed brief.

_____
UNITED STATES DISTRICT JUDGE