IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| VIRGINIA ELECTRIC AND POWER COMPANY, D/B/A DOMINION ENERGY VIRGINIA; OSW PROJECT LLC, Plaintiffs, v. UNITED STATES DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT; DOUGLAS BURGUM, Secretary of the Interior, in his official capacity; MATTHEW GIACONA, Acting Director, Bureau of Ocean Energy Management, in his official capacity, Defendants. | Case No. 2:25-cv-00830-JKW-LRL |

**[PROPOSED] ORDER ON PRELIMINARY INJUNCTION**

Plaintiffs Dominion Energy Virginia and OSW Project LLC (collectively, "DEV") have filed a motion under Federal Rule of Civil Procedure 65 and 5 U.S.C. § 705 for a preliminary injunction ("Motion") of a Director's Order ("Order") issued by Defendants to DEV on December 22, 2025 that suspended all ongoing activities on the Outer Continental Shelf relating to the Coastal Virginia Offshore Wind Commercial Project ("CVOW").

Having considered all papers and evidence submitted in support of and in opposition to DEV's Motion, the Court finds that Plaintiffs are entitled to a preliminary injunction. Plaintiffs have demonstrated that they are likely to prevail on their claims that the Order violates the Administrative Procedure Act and the Outer Continental Shelf Lands Act (OCSLA), that they have demonstrated ongoing irreparable harm in the absence of an injunction, and that the balance

1

of the equities and the public interest favor injunctive relief.

Now, therefore, it is hereby ORDERED that the Motion is GRANTED.  It is further ORDERED that the Order is stayed and enjoined pending conclusion of these proceedings, and that Defendants and their respective officers, agents, servants, employees, and attorneys, and any person in active concert or participation with them who receive actual notice of this order are hereby enjoined from enforcing or implementing the Order until such time as the Court orders otherwise.

IT IS SO ORDERED on this ___ day of _____, 2026.


_____
Jamar K. Walker
United States District Judge