IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **Virginia Electric and Power Company, d/b/a Dominion Energy Virginia; OSW Project LLL**,<br><br>                   Plaintiffs,<br><br>     v.<br><br>**U.S. Department of the Interior; Bureau of Ocean Energy Management; Douglas Burgum,** in his official capacity as Secretary of the Interior; **Matthew Giacona**, in his official capacity as Acting Director, Bureau of Ocean Energy Management,<br><br>                   Defendants. | Case No. 2:25-cv-830 (JKW/LRL) |

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED BRIEF OPPOSING PLAINTIFFS' MOTION FOR PRELIMINARY RELIEF**

Federal Defendants move for leave to file the attached amended brief in opposition to Plaintiffs' motion for preliminary relief.  This case challenges a December 22 order from the Acting Director of the Bureau of Ocean Energy Management to suspend ongoing activities at the Coastal Virginia Offshore Wind project.  Federal Defendants have also been defending motions for preliminary relief in cases challenging three other similar suspension orders for other projects.

In all those cases, including this one, Federal Defendants have focused the courts' attention on the most salient issue for purposes of the motions for preliminary injunctive relief: the

1

Department of War has determined that these projects present national security risk and, regardless of the other preliminary injunction factors, the balance of harms therefore weighs against the injunctive relief the Plaintiffs request. In other cases, it has become apparent that the moving parties have interpreted our efforts to focus the courts as a "concession" of certain claims. Indeed, Dominion seems to do the same here. *See* Pls.' Reply 3, Dkt. No. 71. We have made no such concession. *See, e.g.,* Opp'n to Plaintiffs' Mot. for Prelim. Inj. 10, Dkt. No. 55 ("And *even if* Dominion has some chance of success on certain aspects of its remaining claims, . . . ." (emphasis added)). To make that clear, Federal Defendants have amended their brief to more directly engage with those remaining claims. That proposed brief is attached, in which the significant relevant additions are found on pages 8, 11-15, and 22.

    Good cause exists for granting leave. For one—though (as we have explained) the salient issue for the preliminary injunction motion is that the Department of War has determined that these projects present national security risks and, so, the balance of harms therefore weighs against the injunctive relief the plaintiffs request—the amended brief will assist the Court in evaluating Plaintiffs' likelihood of success on its claims if it finds it necessary to evaluate those claims. Further, Plaintiffs are not prejudiced by the amendment. They have already addressed their claims and will have the opportunity at the January 16 hearing to make any additional points they find necessary.

    Federal Defendants' motion for leave to file an amended brief should be granted.

January 15, 2026

STANLEY E. WOODWARD, JR.
Associate Attorney General

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Peter M. Torstensen Jr.*
PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General

/s/ *Peter Kryn Dykema*
PETER KRYN DYKEMA
JOHN K. ADAMS
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 598-9646 (Torstensen)
Telephone: (202) 532-3084 (Dykema)
peter.torstensen@usdoj.gov
peter.dykema@usdoj.gov

LINDSEY HALLIGAN
U.S. Attorney and Special Attorney

TODD W. BLANCHE
Deputy Attorney General

 /s/ *Kent P. Porter*
KENT P. PORTER, VSB No. 22853
Supervisory Assistant U.S. Attorney
Office of the United States Attorney
8000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23505
Tel:    (757) 441-6331
Fax:    (757) 441-6689
Email: kent.porter@usdoj.gov

*Attorneys for Defendants*