IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| VIRGINIA ELECTRIC AND POWER COMPANY D/B/A DOMINION ENERGY VIRGINIA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>    Defendants. | Case No. 2:25-cv-830 |

## ORDER

The government requests leave to file an amended brief opposing Dominion's motion for a preliminary injunction, because the government is concerned that the Court might believe it has conceded the first *Winter* factor. *See* ECF No. 74 at 2. It is quite clear to the Court that the government disputes all four factors. Additionally, because the Court expects Dominion to address the likelihood-of-success requirement at the hearing on the preliminary injunction motion, the government will have a meaningful opportunity to respond orally. So amended briefing is unnecessary, and the government's request (ECF No. 73) is **DENIED**.

**IT IS SO ORDERED.**

/s/
Jamar K. Walker
United States District Judge

Norfolk, Virginia
January 15, 2026