# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK DIVISION**

Friday, January 16, 2026

**MINUTE OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE Jamar K. Walker, U.S. DISTRICT JUDGE

Deputy Clerk: B. Peters     Reporter: Carol Naughton, OCR

| Set: 11:00 a.m. | Started: 11:10 a.m. | Ended: 12:39 a.m. |
|---|---|---|

| |
|---|
| Case No. 2:25-cv-830 |
| **Virginia Electric and Power Company,** *et al.*, |
| **v.** |
| **United States Department of the Interior,** *et al.* |
| |
| Nessa Coppinger, James Auslander appeared on behalf of Plaintiffs. |
| Kent Porter, Stanley Woodward, John Adams, Christopher Danley appeared on behalf of Defendants. |
| |
| Matter came on for a hearing on Plaintiffs' motion for a preliminary injunction [ECF 11]. |
| The Court summarized the posture of the case. |
| Arguments of counsel heard. |
| For the reasons stated from the bench, the Court will GRANT Plaintiffs' motion for preliminary injunction. |
| The 12/20/25 BOEM order is hereby STAYED until further Order of this Court. |
| The Court directed Plaintiffs to submit a nominal security of $100.00 to the Clerk's Office. |
| Written Order to issued. |
| The Court directed the parties to order the transcript of this hearing. |
| |
| Court adjourned. |