AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| VIRGINIA ELECTRIC AND POWER COMPANY, D/B/A DOMINION ENERGY VIRGINIA; OSW PROJECT LLC, <br><br> *Plaintiff(s)* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT; DOUGLAS BURGUM, Secretary of the Interior, in his official capacity; MATTHEW GIACONA, Acting Director, Bureau of Ocean Energy Management, in his official capacity, <br><br> *Defendant(s)* | Civil Action No. 2:25cv830 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Attorney's Office for the Eastern District of Virginia (Norfolk)
101 W. Main Street, Suite 8000
Norfolk, VA 23510-1671

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nessa Horewitch Coppinger, James M. Auslander, R. Justin Smith,
Hilary T. Jacobs, Julius M. Redd
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC. 20036
Telephone: 202-789-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  12/23/2025                                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25cv830

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney's Office for the Eastern District of Virginia (Norfolk)
was received by me on *(date)* 1/23/2026

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I mailed the summons and complaint via U.S. Postal Service Registered Certified Mail on January 23, 2026. The summons and complaint were delivered on January 26, 2026. A copy of the Return Receipt is attached.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 2/12/2026

*Server's signature*

Alexis Green-Steward, Service Specialist

*Printed name and title*

BEVERIDGE & DIAMOND, PC
1900 N Street, NW, Suite 100
Washington DC 20036

*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510

9590 9402 8573 3244 4286 42

2. Article Number (Transfer from service label)

9589 0710 5270 1513 7559 58

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
    1/26/2[?]

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

RICHMOND VA RPDC 230
21 JAN 2026 PM 6 L

9590 9402 8573 3244 4286 42

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

VAP

• Sender: Please print your name, address, and ZIP+4® in this box•

BEVERIDGE & DIAMOND P.C
1900 N ST NW
SUITE 100
WASHINGTON, DC 20036