AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| VIRGINIA ELECTRIC AND POWER COMPANY, D/B/A DOMINION ENERGY VIRGINIA; OSW PROJECT LLC,<br><br>*Plaintiff(s)*<br>v.<br>UNITED STATES DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT; DOUGLAS BURGUM, Secretary of the Interior, in his official capacity; MATTHEW GIACONA, Acting Director, Bureau of Ocean Energy Management, in his official capacity,<br><br>*Defendant(s)* | Civil Action No. 2:25cv830 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nessa Horewitch Coppinger, James M. Auslander, R. Justin Smith,
Hilary T. Jacobs, Julius M. Redd
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC. 20036
Telephone: 202-789-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   12/23/2025                                                    *Amy Lutz*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25cv830

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Attorney General of the United States, US DOJ
received by me on *(date)* 1/23/2026

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I mailed the summons and complaint via U.S. Postal Service Registered Certified Mail on January 23, 2026. The summons and complaint were delivered on January 28, 2026. A copy of the Return Receipt is attached.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 2/24/2026

*Server's signature*

Alexis Green-Steward, Service Specialist

*Printed name and title*

BEVERIDGE & DIAMOND, PC
1900 N Street, NW, Suite 100
Washington DC 20036

*Server's address*

Additional information regarding attempted service, etc:



**Tracking Number:**

**9589071052701513755941**

Copy   Add to Informed Delivery

**Latest Update**

Your item was picked up at the post office at 5:42 am on January 28, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

Delivered, Individual Picked Up at Post Office
WASHINGTON, DC 20530
January 28, 2026, 5:42 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

USPS Tracking Intranet
Delivery Signature and Address

Tracking Number: 9589 0710 5270 1513 7559 41

This item was delivered on 01/28/2026 at 05:42:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.