AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| VIRGINIA ELECTRIC AND POWER COMPANY, D/B/A DOMINION ENERGY VIRGINIA; OSW PROJECT LLC, <br><br> *Plaintiff(s)* <br> v. <br> UNITED STATES DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT; DOUGLAS BURGUM, Secretary of the Interior, in his official capacity; MATTHEW GIACONA, Acting Director, Bureau of Ocean Energy Management, in his official capacity, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:25cv830 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DOUGLAS BURGUM, Secretary of the United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nessa Horewitch Coppinger, James M. Auslander, R. Justin Smith,
Hilary T. Jacobs, Julius M. Redd
BEVERIDGE & DIAMOND, P.C.
1900 N Street, NW, Suite 100
Washington, DC. 20036
Telephone: 202-789-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/24/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25cv830

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DOUGLAS BURGUM, Secretary of the US DOI

was received by me on *(date)* 1/23/2026

☐ I personally served the summons on the individual at *(place)*
___ on *(date)* ___ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ___
, a person of suitable age and discretion who resides there,
on *(date)* ___ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ___ , who is designated by law to accept service of process on behalf of *(name of organization)* ___
on *(date)* ___ ; or

☐ I returned the summons unexecuted because ___ ; or

☒ Other *(specify):* I mailed the summons and complaint via U.S. Postal Service Registered Certified Mail on January 23, 2026. The summons and complaint were delivered on January 28, 2026. A copy of the Return Receipt is attached.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 2/24/2026

*Server's signature*

Alexis Green-Steward, Service Specialist

*Printed name and title*

BEVERIDGE & DIAMOND, PC
1900 N Street, NW, Suite 100
Washington DC 20036

*Server's address*

Additional information regarding attempted service, etc:



**Tracking Number:**

**9589071052701513755934**

Copy   Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 1:31 pm on January 28, 2026 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20240
January 28, 2026, 1:31 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

**USPS Tracking Intranet**

**Delivery Signature and Address**

Tracking Number: 9589 0710 5270 1513 7559 34

This item was delivered on 01/28/2026 at 13:31:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.