IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

|  |  |
|---|---|
| **Virginia Electric and Power Company, d/b/a Dominion Energy Virginia; OSW Project LLL**, <br><br> Plaintiffs, <br><br> v. <br><br> **U.S. Department of the Interior; Bureau of Ocean Energy Management; Douglas Burgum,** in his official capacity as Secretary of the Interior; **Matthew Giacona**, in his official capacity as Acting Director, Bureau of Ocean Energy Management, <br><br> Defendants. | Case No. 2:25-cv-830 (JKW/LRL) |

### MOTION FOR WITHDRAWAL

Federal Defendants hereby respectfully move the Court, under Local Rule 83.1(H), for an order accepting the withdrawal of Peter Kryn Dykema as counsel.  Federal Defendants are represented by other counsel whose appearances have been duly noticed.

March 3, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

PETER KRYN DYKEMA
(DC. Bar No. 419349)

Natural Resources Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305 0436
Peter.dykema@usdoj.gov


TODD W. BLANCHE
DEPUTY ATTORNEY GENERAL


 /s/ *Kent P. Porter*
KENT P. PORTER, VSB No. 22853
Supervisory Assistant U.S. Attorney
Office of the United States Attorney
8000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23505
Tel:    (757) 441-6331
Fax:    (757) 441-6689
Email: kent.porter@usdoj.gov