IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

VIRGINIA ELECTRICT AND POWER
COMPANY, D/B/A DOMINION ENERGY
VIRGINIA, *et al.*,

                    Plaintiffs,

      v.

U.S. DEPARTMENT OF THE INTERIOR, *et al.*,

                    Defendants.

Case No. 2:25-cv-830 (JKW/LRL)

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER THE COMPLAINT**

Defendants respectfully move for a two-week extension of their deadline, up to and including April 10, to answer Plaintiffs' complaint in the above-captioned case. Good cause exists for the requested extension. In the time since Plaintiffs served their complaint on January 26, Defendants have faced competing litigation deadlines in multiple other cases challenging suspension orders issued to offshore wind developers. BOEM has also been (and continues to be) engaged in the review contemplated by the December 2025 suspension order Plaintiffs challenge in this case. *See* Ex. B to Decl. of Jacob Tyner (Jan. 8, 2026), Dkt. No. 55-1. Given these competing demands on BOEM staff's time and resources, Defendants require additional time to prepare their answer in this case.

1

Undersigned counsel for Defendants conferred with counsel for Plaintiffs, and Plaintiffs do not oppose the requested extension.  The parties also conferred on a date for production of the administrative record, and Defendants will produce the administrative record by April 20, 2026.

Dated: March 18, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

/s/ Amanda K. Rudat
AMANDA K. RUDAT
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
(202) 532-3201
amanda.rudat@usdoj.gov


TODD W. BLANCHE
DEPUTY ATTORNEY GENERAL

/s/ Kent P. Porter
KENT P. PORTER, VSB No. 22853
Supervisory Assistant U.S. Attorney
Office of the United States Attorney
8000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23505
Tel:     (757) 441-6331
Fax:     (757) 441-6689
Email: kent.porter@usdoj.gov

*Attorneys for Defendants*

2