IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

|  |  |  |
|---|---|---|
| VIRGINIA ELECTRIC AND POWER COMPANY, D/B/A DOMINION ENERGY VIRGINIA, *et al.*, | | |
| Plaintiffs, | | Case No. 2:25-cv-830 (JKW/LRL) |
| v. | | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | | |
| Defendants. | | |

**ORDER ON CONSENT MOTION FOR EXTENSION OF TIME TO PRODUCE THE
ADMINISTRATIVE RECORD**

Having reviewed Defendants' Motion for Extension of Time to Produce the

Administrative Record, the motion is **GRANTED**.  Defendants shall produce the administrative

record for the above captioned case on or before April 27, 2026.

Dated: April 21, 2026

Lawrence R. Leonard
United States Magistrate Judge

1