**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

VIRGINIA ELECTRIC AND POWER
COMPANY D/B/A DOMINION
ENERGY VIRGINIA, *et al.*,

      Plaintiffs,

      v.

UNITED STATES DEPARTMENT OF
THE INTERIOR, *et al.*,

      Defendants.

Case No. 2:25-cv-830

## ORDER

The parties have agreed to resolve this matter through motions for summary judgment rather than proceeding to a trial. Accordingly, the Fed. R. Civ. P. 16(b) scheduling conference set for May 11, 2026, is **CANCELED**.

The parties are **ORDERED** to meet and confer and to propose a schedule of deadlines for their summary judgment motions and any other deadlines they might need. They shall submit the proposal not later than May 19, 2026.

**IT IS SO ORDERED.**

_____ /s/

Jamar K. Walker
United States District Judge

Norfolk, Virginia
April 28, 2026