## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

VIRGINIA ELECTRIC AND POWER
COMPANY D/B/A DOMINION
ENERGY VIRGINIA, *et al.*,

    Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
THE INTERIOR, *et al.*,

    Defendants.

Case No. 2:25-cv-830

## ORDER

For good cause shown, the government's unopposed motion to stay this case (ECF No. 99) is **GRANTED**.

This matter is **STAYED** through August 12, 2026.

The parties are **ORDERED** file a joint status report on or before that date, proposing next steps.

**IT IS SO ORDERED.**

/s/ _____

Jamar K. Walker
United States District Judge

Norfolk, Virginia
May 21, 2026