IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| VIRGINIA ELECTRIC AND POWER COMPANY, D/B/A DOMINION ENERGY VIRGINIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br>Defendants. | Case No. 2:25-cv-830 (JKW/LRL) |

**JOINT STATUS REPORT**

In accordance with the Court's August 13, 2026 Order, Dkt. No. 105, the parties to the above-captioned case respectfully submit this joint status report proposing next steps. Defendants intend to move to dismiss Plaintiffs' claims as moot. The parties propose the following deadlines for briefing that motion:

- January 12 – Defendants' motion to dismiss
- February 11 – Plaintiffs' response
- February 25 – Defendants' reply

The parties propose the above schedule to account for competing litigation deadlines in other cases facing counsel for both parties, as well as intervening holidays.

Dated: November 10, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy & Natural Resources Division

*/s/ Amanda K. Rudat*
AMANDA K. RUDAT
Trial Attorney
Natural Resources Section
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
(202) 532-3201
amanda.rudat@usdoj.gov

TODD W. BLANCHE
Attorney General

THEOPHANI K. STAMOS
First Assistant United States Attorney

By: */s/ Kent P. Porter*
KENT P. PORTER, VSB No. 22853
Supervisory Assistant U.S. Attorney
Office of the United States Attorney
8000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23505
Tel: (757) 441-6331
Fax: (757) 441-6689
Email: kent.porter@usdoj.gov

*Attorneys for Defendants*

*/s/ Nessa Horewitch Coppinger*
NESSA HOREWITCH COPPINGER,
VA Bar No. 65566
JAMES M. AUSLANDER, *pro hac vice*
R. JUSTIN SMITH, *pro hac vice*
HILARY T. JACOBS, *pro hac vice*
JULIUS M. REDD, *pro hac vice*
Beveridge & Diamond, P.C.
1900 N Street, NW, Suite 100
Washington, D.C. 20036
Telephone: 202-789-6000
Fax: 202-789-6190
ncoppinger@bdlaw.com

jauslander@bdlaw.com
jsmith@bdlaw.com
hjacobs@bdlaw.com
jredd@bdlaw.com

*Counsel for Plaintiffs*