**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

VIRGINIA ELECTRIC AND POWER COMPANY D/B/A DOMINION ENERGY VIRGINIA, *et al.*,

Plaintiffs,

v.

Case No. 2:25-cv-830

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

Defendants.

**ORDER**

Pursuant to the parties' joint recommendation (ECF No. 109), the government shall file a motion to dismiss by January 12, 2027; Dominion shall file a response by February 11, 2027; and the government may file a reply by February 25, 2027.

The stay of this case (ECF No. 103) is **LIFTED**.

**IT IS SO ORDERED.**

/s/

Jamar K. Walker
United States District Judge

Norfolk, Virginia
November 12, 2026